# Exhibit 3

# Fred Eshelman

**From:** Fred Eshelman
**Sent:** Thursday, November 19, 2020 5:37 AM
**To:** Catherine Engelbrecht
**Subject:** Funding

Please acknowledge receipt of my previous email with wiring instructions to return the bulk of the money I put in. This is needed immediately for other activities toward the common goal.
Fred