# Exhibit 4



600 MASSACHUSETTS AVE., NW   WASHINGTON, DC 20001
**T** 202.344.4000  **F** 202.344.8300   www.Venable.com

November 21, 2020

Ronald M. Jacobs

**T 202.344.8215**
**F 202.344.8300**
RMJacobs@Venable.com

*Via email to: catherine@truethevote.org*

Ms. Catherine H. Engelbrecht
True the Vote, Inc.
13909 Track Road East
Cat Spring, TX 78933

   *Re: Return of Funds*

Dear Ms. Engelbrecht:

We represent Fred Eshelman with respect to the directed donations that he made to True the Vote, Inc. in the two weeks following the election, totaling $2.5 million. In short, and as Mr. Eshelman has previously requested, we ask that these funds be returned immediately. To that end, I will need an email this weekend (no later than 7:00 p.m. EST on Sunday, November 22, 2020) agreeing to the prompt return, *and* a wire transfer initiated Monday morning (10:00 a.m. EST) to return those funds, or we will have to take additional steps to collect those funds.

We understand that True the Vote may have engaged in some limited activities in furtherance of the specific projects for which Mr. Eshelman agreed to make a donation. With appropriate documentation and accounting, Mr. Eshelman is willing to allow True the Vote to retain some of the funds he donated. Given the lack of information provided to date about these activities, we anticipate this will be a relatively low number, but are willing to discuss. Please contact me immediately if True the Vote believes it is entitled to retain any of these funds so that we can maintain our timeline.

As should be clear from the prior correspondence you have had with Mr. Eshelman, no further funds should be expended from the money he donated. In addition, True the Vote must retain all necessary records to justify any funds that were expended previously.

If I do not receive confirmation that you intend to return the funds to Mr. Eshelman, and if we do not receive proof of a wire transfer on Monday morning, we will be forced to take legal action to obtain redress. Given the reasonable foreseeability of litigation, True the Vote must



Ms. Catherine H. Engelbrecht
November 21, 2020
Page 2

immediately take steps to preserve all hard-copy and electronically stored information that may contain evidence relevant to Mr. Eshelman's claims. True the Vote must also immediately cease all data destruction (scheduled or otherwise) and undertake efforts to prevent the destruction or disposition of hard-copy materials or electronically stored information that may contain relevant evidence.

We are hopeful that this matter can be resolved quickly and amicably. Please know, however, that Mr. Eshelman expects his money back immediately as he has other efforts he wishes to fund that have very short timelines. We look forward to your prompt response.

Sincerely,

Ronald M. Jacobs

cc:    Mr. Fredric N. Eshelman