# Exhibit 5

**From:** Catherine Engelbrecht <catherine@truethevote.org>
**Sent:** Sunday, November 22, 2020 5:38 PM
**To:** Jacobs, Ronald M.
**Subject:** Re: Fred Eshelman Return of Funds

**Caution: External Email**

Dear Mr. Jacobs,

Since Mr. Eshelman asked for his money back, we have started to put together the costs and expenses of the project that he helped fund.

Unfortunately, we only have a few invoices and other receipts at this point, with many more forthcoming. Most vendors bill monthly, so we don't expect to have complete information on what we have spent on the project this month until next month.

In addition, we have made commitments to many people, including whistleblowers, that we must fulfill. And we have committed to activities that we must complete.

Finally, we have a invoice for one million dollars from Old Town Digital Agency, LLC, which Mr. Eshelman asked us to pay from his gift, which is not resolved. We have contacted them to get information about this but have not heard back. This invoice must be resolved before we are able to provide you a report of what we have spent so far on the project.

We have provided regular reports to Mr. Eshelman directly and through extensive communication with the people he said he is working with. I assure you that we have spent the money on the project we discussed with Mr. Eshelman.

I am happy to discuss this further with you, once we get all the information together, and I hope we can resolve this.

Sincerely,
Catherine Engelbrecht

On Sat, Nov 21, 2020 at 1:47 PM Jacobs, Ronald M. <RMJacobs@venable.com> wrote:

> Dear Ms. Engelbrecht:
>
> We represent Mr. Eshelman with respect to his directed donation to True the Vote, Inc. Please see that attached letter. I look forward to your prompt reply.
>
> Sincerely,
>
> Ron Jacobs

**Ronald M. Jacobs** | **Chair, Political Law Practice** | **Venable LLP**
**t** 202.344.8215 | **f** 202.344.8300 | **m** 202.329.4296
600 Massachusetts Avenue, NW, Washington, DC 20001

RMJacobs@Venable.com | www.Venable.com | www.PoliticalLawBriefing.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

--

Catherine Engelbrecht
Founder, True the Vote