United States District Court
Southern District of Texas

**ENTERED**
December 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

| Fredric N. Eshelman |
|---|
| *versus* |
| True the Vote, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Christopher J. Climo<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>(202) 344-4622 - cjclimo@venable.com<br>Tennessee - BPR 035082<br>Middle District of Tennessee; Sixth Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Fredric N. Eshelman |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/2/2020 | Signed: /s/ Christopher J. Climo |
|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 12/3/2020     Clerk's signature   /s/ Jennelle Gonzalez |

### Order

This lawyer is admitted *pro hac vice*.

Dated: 12/7/2020

*/s/ Charles R Eskridge III*
United States District Judge