United States District Court
Southern District of Texas

**ENTERED**
December 07, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

| Fredric N. Eshelman |
|---|
| *versus* |
| True the Vote, Inc. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Ronald M. Jacobs<br>Venable LLP<br>600 Massachusetts Avenue, NW<br>Washington, D.C. 20001<br>(202) 344-8215 - rmjacobs@venable.com<br>Virginia - Bar No. 46994<br>Admitted D. Va., and D.C. Circuit |
|---|---|

| Name of party applicant seeks to appear for: | Plaintiff, Fredric N. Eshelman |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 12/2/2020 | Signed: | /s/ Ronald M. Jacobs |
|---|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 12/3/2020 | Clerk's signature   /s/ Jennelle Gonzalez |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 12/7/2020

*/s/ Chas R Eskridge III*
United States District Judge