# EXHIBIT 1

# OLD TOWN DIGITAL AGENCY, LLC

201 N. Union Street, Suite 110
Alexandria, Virginia 22314

December 5, 2020

Ms. Catherine Engelbrecht, President
True The Vote
P.O. Box 3109
Houston, Texas 77253-3109

Dear Catherine,

I've heard about the unfortunate developing disagreement between True The Vote and its donor and want you both to know that, although my role in the planned project has ended I will be happy to be of service in any way that I can to help resolve it amicably. I know that we are all on the same side in wanting what's best for the country, and I'm sure that y'all can find an appropriate path forward.

To that end, and because I understand that there was some confusion regarding an invoice from Old Town Digital Agency LLC (the company that I'm involved with in these matters), I wanted to clarify what that was about.

Old Town and I had, during the campaign, done some work that the donor had supported to increase voter participation in several battleground states. Because he was familiar with us, after Election Day, he asked us what might be done to help ensure an accurate vote count. Knowing of TTV's experience and interest in such matters, we suggested that TTV might be an appropriate contractor to handle what became the Validate The Vote whistleblower campaign and related legal battles. That was when I contacted you and TTV by email about November 5.

That contact then led to my trip to Austin on November 11, where you and I met with Gregg and the rest of the team. As Mr. Bopp noted and we all agreed at that meeting and subsequently, the traditional media would not publicize your fraud findings; so getting the truth out would require paid media. For that, the project was going to require experienced PR horsepower.

I believe you said at that meeting that our (my and Old Town's) attendance and involvement were providential because TTV didn't have a full power communications team in place. For that, I/Old Town over the next several days, put together a top-notch team that included Bob Heckman (as a conduit to Senate Judiciary), Gentry Collins and his team (to handle media booking, press releases, etc.), and Gary Maloney (to help vet our media stories before launch).

No one in this assemblage was ever contracted in TTV's name. Rather, their contracts were with Old Town; and they have all been paid directly by Old Town. The cost to lock in that team for 60

Ms. Catherine Engelbrecht
December 5, 2020
Page 2

days amounts to roughly $95,000 plus expenses. Old Town paid them for the first 30 days, and has since wound the team down as it appeared additional involvement would not be needed.

Also during that start-up phase, we contacted Campaign Solutions to get your small dollar fundraising running after you told me your previous vendor didn't work out.  After working through the logistics, we realized that TTV was not registered to raise money across the country; so we had to pull the plug on that effort.

We also conducted an on-line survey to determine how the voting public felt about the validity of the election and whether or not they thought a vigorous investigation was needed to give credibility to the eventual declaration of a victor.

Following this, we wanted to start rolling out a few cases of voter fraud a day (from your hotline) on the Validate the Vote site. From our meeting in Austin, it appeared that this was the easiest way to populate the site. But those cases did not ever materialize – at least, not yet.

In the end, all the players except for Mr. Maloney ended up actively working to support the project. Mr. Collins's team spoke with Mr. Bopp, who briefed them on the legal piece; and they began pushing TV bookings for him. They also attempted to work with Cat to pull together daily briefings. Bob Heckman spoke with you and with Mr. Bopp for complete background and updates so that he could share findings with Senate Judiciary in real time as hard evidence was identified.

Aside from my personal time and travel, Old Town put together and conducted the survey, coordinated getting the consultants into place, and was ready to launch a national media campaign immediately upon notice to do so. To be sure, we were all moving as fast as possible because of the deadline in front of us. I was not asked for a written plan, and I did not put together one on my own because I didn't know what we were advertising.

About November 13, for all of those services and expenses, some already provided or incurred and others to be provided or incurred over the life of the project, Old Town sent you its invoice 11032020-98753 in the amount of $1 million, which I had understood from our meeting in Austin was the amount allocated to the various tasks and consultants described above. In hindsight, a more detailed invoice may have been preferable; but as noted everything was necessarily moving at the speed of light. Chalk that shortcoming up to Friday the Thirteenth.

To be clear, the invoice was to pay for the $95,000 for the PR/communications team we engaged to support your efforts. The remaining $900,000 was for an initial media spend. We estimated, however, that the full-term cost of a media campaign to support your project would be several million dollars more than that.

Of course, we would never launch a media campaign without your prior approval. That process would have involved a written plan (if you requested one), and a joint (you and us) work-through

Ms. Catherine Engelbrecht
December 5, 2020
Page 3

of the details in a plan that would have included the initial breakdown on anticipated media spends. However, at the time that the project began to deteriorate, I still didn't have any facts to publicize around which a plan could be drafted.

When I sent the invoice on November 13, you told me that it was too late on Friday to authorize a wire that size over the phone, but that you would try to get it authorized on Saturday; and when we spoke on Saturday, you said that you would go to the bank then to authorize a transfer for first thing on Monday. As things developed, the wire was not sent; and the invoice was never paid. Because of the project being largely aborted, and in order to help conserve resources for whatever might be done to help with the election battles, Old Town has rescinded the invoice and is not seeking payment for the expenses that it incurred or for the services that it provided during the course of its involvement. As I noted when you followed up later saying you couldn't pay the invoice because of concerns about 501(c)(3) donor relations, my solution was and remains to just return the money to the donor.

I still think the idea of a combination of whistleblowers and a demonstration of statistically impossible voting patterns is the best path forward for both the current presidential election and for pushing campaign reforms in the future. And I still think TTV is an appropriate vehicle to make those needed reforms happen. As late as the weekend before Thanksgiving, I was texting with Gregg Phillips and hopeful that we would have something concrete to launch with.

Please let me know if there is anything I can do to help clear up this situation so everyone can get back to the important task at hand of ensuring ballot and election-outcome integrity.

Sincerely,


Dikran Yacoubian

Copy to: Fredric N. Eshelman