# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>        *Plaintiff,*<br><br>v.<br><br>TRUE THE VOTE, INC.,<br><br>        *Defendant.* | Case No.  4:20-cv-04034<br><br>**JURY DEMANDED** |

**DECLARATION OF TIM WILSON IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1.      My name is Tim Wilson.  I am of legal age and otherwise competent to make this declaration.

2.      I am a private investigator licensed by the State of Texas.

3.      All of the facts stated in this declaration are true and correct and are based on my personal knowledge.  I acquired my personal knowledge during the course and scope of my work as a private investigator retained by counsel for Plaintiff Frederic N. Eshelman to locate and serve the registered agent for True the Vote, Inc.

4.      I made numerous attempts to locate Catherine Engelbrecht, who purports to be Defendant True the Vote's founder, Executive Director, and registered agent.

5.      True the Vote, Inc. represents to the Texas Secretary of State that its address is 18720 FM 249, Suite A, Houston, Texas, 77070.  I visited that address, but it is a tax office with a sign on the door stating that the office is closed until tax season.  I saw no evidence that the office is occupied by Defendant True the Vote, Inc.

**Declaration of Tim Wilson — Page 1**

6.      I next visited the address of True the Vote, Inc.'s registered agent, which, according to the Texas Secretary of State, is 7232 Wynnwood Lane, Houston, Texas 77008-6041. That address is occupied by a Camp Bow Wow dog daycare and boarding facility that has not heard of Ms. Engelbrecht or True the Vote, Inc.

7.      Despite having made other efforts to locate Ms. Engelbrecht, including visiting her home address, I have been unable to locate her.

8.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in _Hempstead_, Texas on _12 - 12_____, 2020.

_____
Tim Wilson

**Declaration of Tim Wilson — Page 2**