# EXHIBIT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN, *Plaintiff*, v. TRUE THE VOTE, INC., *Defendant.* | Case No. 4:20-cv-04034 **JURY DEMANDED** |

## DECLARATION OF MEGHAN MCCAIG

1. My name is Meghan McCaig. I am of legal age and otherwise competent to make this declaration.

2. I am counsel for Plaintiff Fredric N. Eshelman.

3. All of the facts stated in this declaration are true and correct and are based on my personal knowledge. I acquired my personal knowledge during the course and scope of my work as counsel for Plaintiff Frederic N. Eshelman.

4. I spoke with Brock Akers, counsel for Defendant True the Vote, Inc. ("Defendant"), on December 9, 2020. He informed me that Defendant opposes a motion for expedited discovery and a motion for injunctive relief.

5. I served a copy of the Verified Motion for Preliminary Injunction and the Motion for Expedited Discovery on counsel for Defendant via e-mail and facsimile prior to filing those motions.

**Declaration of Meghan McCaig — Page 1**

6.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed in Dallas, Texas on December 14, 2020.

_____
Meghan McCaig

Declaration of Meghan McCaig — Page 2