**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>  *Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC.,<br><br>  *Defendant*. | Case No. 4:20-cv-04034 |

**ORDER GRANTING PLAINTIFF'S
EMERGENCY MOTION FOR EXPEDITED DISCOVERY**

Plaintiff Fredric N. Eshelman has filed an Emergency Motion for Expedited Discovery (the "Motion"). Defendant has been waived service and received a copy of the Motion. The Court, after considering the Motion and the arguments of counsel, if any, finds that the Motion should be, and hereby is, GRANTED.

Accordingly, it is ORDERED that Mr. Eshelman may conduct limited discovery as requested in the Motion. Specifically, the discovery requests attached as Exhibit A to the Motion are deemed served as of the date of this Order. Defendant must respond to those requests within five (5) business days. In addition, Mr. Eshelman may depose Defendant True the Vote's Executive Director, Catherine Engelbrecht, on five days' notice for a period of no more than two hours.

  SIGNED on _____ at Houston, Texas.

_____
United States District Judge