United States District Court
Southern District of Texas
**ENTERED**
December 16, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN, | § | CIVIL ACTION NO. |
| | § | 4:20-cv-04034 |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| TRUE THE VOTE INC, | § | |
| Defendant. | § | |

ORDER

Plaintiff Fredric N. Eshelman has filed a motion for expedited discovery. Dkt 11.

The motion doesn't comply with this Court's procedures. Section 15(c) requires parties to submit a letter requesting permission before filing any motion regarding discovery disputes. The letter must "[s]pecify the conference between lead counsel and summarize the results."

The motion for expedited discovery filed by Plaintiff Fredric N. Eshelman is STRICKEN.

Eshelman may submit a letter that complies with Section 15 of the Court's procedures. Defendant True the Vote, Inc must file a responsive letter within two days of actual receipt of such letter.

The Court will consider the good faith of the parties and compliance with Rule 11 in its review of the letters.

SO ORDERED.

Signed on December 16, 2020, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge