IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br> *Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC.,<br><br> *Defendant.* | Case No. 4:20-cv-04034 |

## NOTICE OF APPEARANCE OF SABRINA R. TOUR

PLEASE TAKE NOTICE that the undersigned individual, a member of the bar of the Southern District of Texas, hereby enters her appearance as counsel of record on behalf of Plaintiff Fredric N. Eshelman. For the purposes of receiving notices and Orders from the Court in this matter, the undersigned's contact information and bar information is:

Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
DANIELS & TREDENNICK PLLC
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com


Dated: December 16, 2020

                   **DANIELS & TREDENNICK PLLC**

                   */s/ Douglas A. Daniels*
                   Douglas A. Daniels
                   State Bar No. 00793579
                   Southern District I.D. Number 19347

        Sabrina R. Tour
        State Bar No. 24093271
        Southern District I.D. Number 2714789
        DANIELS & TREDENNICK PLLC
        6363 Woodway Dr., Suite 700
        Houston, TX 77057-1759
        (713) 917-0024 Telephone
        (713) 917-0026 Facsimile
        Email: doug.daniels@dtlawyers.com
        Email: sabrina@dtlawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 16, 2020, a copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service.

        */s/ Sabrina R. Tour*
        Sabrina R. Tour