IN THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT
OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC.<br><br>*Defendants*. | Case No. 4:20-cv-04034 |

**MOTION TO CHANGE DESIGNATION AS ATTORNEY-IN-CHARGE**

TO THE HONORABLE COURT:

Plaintiff Fredric N. Eshelman requests that Mr. Douglas A. Daniels be designated as attorney-in-charge for Plaintiff in the above-captioned case. Mr. Douglas A. Daniels files his Notice of Appearance concurrently with this Motion.

Plaintiff requests that Ms. Meghan McCaig, Ronald M. Jacobs, and Christopher Climo remain as attorneys of record for Plaintiff, but that the attorney-in-charge designation be changed to Mr. Douglas A. Daniels.

Dated: December 16, 2020             Respectfully submitted,

**DANIELS & TREDENNICK PLLC**

*/s/ Douglas A. Daniels*
Douglas A. Daniels
State Bar No. 00793579
Southern District I.D. Number 19347
DANIELS & TREDENNICK, LLP
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759

1

(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: doug.daniels@dtlawyers.com
Email: sabrina@dtlawyers.com

J. Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751

Ronald M. Jacobs (*pro hac vice*)
Christopher J. Climo (*pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)

*Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

Counsel for Defendants has not yet appeared in this matter, so a conference was not necessary.

*/s/ Douglas A. Daniels*
Douglas A. Daniels

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2020, a copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service.

*/s/ Douglas A. Daniels*
Douglas A. Daniels