IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>    *Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC.,<br><br>    *Defendants*. | Case No.  4:20-cv-04034 |

### ORDER GRANTING PLAINTIFF'S MOTION TO CHANGE DESIGNATION AS ATTORNEY-IN-CHARGE

On this day came to be heard Plaintiff's Motion to Change Designation of Douglas A. Daniels as Attorney-in-Charge.  After considering the motion, response, and argument of counsel, if any, the court hereby GRANTS Plaintiff's Motion.

It is hereby ORDERED that Douglas A. Daniels be designated as attorney-in-charge for Plaintiff in the above-captioned case.

    SIGNED on _____ at Houston, Texas.


_____
United States District Judge