# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN, <br><br> *Plaintiff*, <br><br> v. <br><br> TRUE THE VOTE, INC., <br><br> *Defendants.* | Case No. 4:20-cv-04034 |

## NOTICE OF APPEARANCE OF BROCK AKERS

PLEASE TAKE NOTICE that the undersigned individual, a member of the bar of the Southern District of Texas, hereby enters his appearance as counsel of record on behalf of Defendant, True to Vote, Inc. For the purposes of receiving notices and Orders from the Court in this matter, the undersigned's contact information and bar information is:

Brock C. Akers
State Bar No. 00953250
3401 Allen Parkway, Suite 101
Houston, Texas 77019
(713) 877-2500
1-713-583-8662 (Fax)
bca@akersfirm.com

Dated: December 18, 2020

THE AKERS FIRM, PLLC.

By: /s/ Brock C. Akers

Brock C. Akers
State Bar No. 00953250
3401 Allen Parkway, Suite 101
Houston, Texas 77019
(713) 877-2500
1-713-583-8662 (Fax)
bca@akersfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on December 18, 2020, a copy of the above and foregoing has been filed electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have registered to receive electronic service.

Brock C. Akers