IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>  *Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC.,<br><br>  *Defendant.* | Case No. 4:20-cv-04034 |

## CERTIFICATE OF INTERESTED PARTIES

Plaintiff Fredric N. Eshelman submits the following Certificate of Interested Parties, including persons or entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations, and counsel as requested by the Court's procedures:

**Plaintiff:**

1. Fredric N. Eshelman, Plaintiff;

2. Douglas A. Daniels, lead counsel for Plaintiff;

3. Ronald M. Jacobs, counsel for Plaintiff;

4. Christopher J. Climo, counsel for Plaintiff;

5. J. Meghan McCaig, counsel for Plaintiff; and

6. Sabrina R. Tour, counsel for Plaintiff;

**Defendant:**

1. True the Vote, Inc., Defendant;

2. Brock Cordt Akers, counsel for Defendant.

Dated: December 22, 2020

>Respectfully submitted,
>
>/s/ Douglas A. Daniels
>Douglas A. Daniels
>State Bar No. 00793579
>Southern District I.D. Number 19347
>Sabrina R. Tour
>State Bar No. 24093271
>Southern District I.D. Number 2714789
>DANIELS & TREDENNICK PLLC
>6363 Woodway Dr., Suite 700
>Houston, TX 77057-1759
>(713) 917-0024 Telephone
> (713) 917-0026 Facsimile
>Email: doug.daniels@dtlawyers.com
>Email: sabrina@dtlawyers.com
>**ATTORNEY-IN-CHARGE FOR PLAINITFF**
>
>**OF COUNSEL FOR MR. ESHELMAN:**
>
>J. Meghan McCaig
>State Bar No. 24070083
>Federal I.D. No. 1804619
>Meghan.McCaig@tklaw.com
>Thompson & Knight LLP
>One Arts Plaza
>1722 Routh Street, Suite 1500
>Dallas, Texas 75201
>(214) 969-1700
>(214) 969-1751
>
>Ronald M. Jacobs (*pro hac vice*)
>Christopher J. Climo (*pro hac vice*)
>Venable LLP
>rjacobs@venable.com
>600 Massachusetts Avenue, NW
>Washington, D.C. 20001
>(202) 344-8215
>(202) 344-8300 (facsimile)

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 22nd day of December, 2020, a true and correct copy of the above and foregoing instrument has been forwarded to counsel of record via ECF and email as follows:

> Brock Akers
> The Akers Firm PLLC
> 3401 Allen Parkway, Suite 101
> Houston, TX 77019
> 713-583-8662
> bca@akersfirm.com

                                        /s/ *Douglas A. Daniels*
                                        Douglas A. Daniels