IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC GROUP, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM,<br><br>　　*Defendants*. | Case No. 4:20-cv-04034<br><br>**JURY DEMANDED** |

## MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

The Parties that have appeared in this case, Plaintiff and Defendant True the Vote Inc., have agreed to the entry of the Court's standard protective order, attached as **Exhibit 1.**

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Douglas A. Daniels*
　　　　　　　　　　　　　　　　　　Douglas A. Daniels
　　　　　　　　　　　　　　　　　　State Bar No. 00793579
　　　　　　　　　　　　　　　　　　Southern District I.D. Number 19347
　　　　　　　　　　　　　　　　　　doug.daniels@dtlawyers.com
　　　　　　　　　　　　　　　　　　DANIELS & TREDENNICK PLLC
　　　　　　　　　　　　　　　　　　*Attorney-in-Charge for Plaintiff*

OF COUNSEL:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700

Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com
Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Christopher J. Climo (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)

## CERTIFICATE OF CONFERENCE

Counsel for Plaintiff and Defendant True the Vote conferred by email on December 30, 2020 and January 3, 2021 and the parties agreed to the entry of the Court's standard protective order.

*/s/ Douglas A. Daniels*
Douglas A. Daniels

## CERTIFICATE OF SERVICE

    I hereby certify that on the 4th day of January 2021, a true and correct copy of the above foregoing document has been forwarded to counsel of record via ECF and email as follows:

>Brock Akers
>The Akers Firm PLLC
>3401 Allen Parkway, Suite 101
>Houston, TX 77019
>(713) 583-8662
>bca@akersfirm.com
>
>*Counsel for Defendant True the Vote*

                         */s/ Douglas A. Daniels*
                         Douglas A. Daniels