UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN.<br>　　*Plaintiff,*<br><br>　　　v.<br><br>TRUE THE VOTE,<br>　　*Defendant* | CIVIL ACTION NO. 4:20-CV-04034 |

# **ORDER**

The Court grants the opposed motion to extend response deadline on motion for preliminary injunction:

Responses will be filed on or before _____, 2021.

_____
Honorable Charles R. Eskridge III
United States District Judge

1