| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

Frederic N. Eshelman

*versus*

True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Melena S. Siebert<br>The Bopp Law Firm, PC<br>1 South Sixth St.<br>Terre Haute, IN 47807<br>Phone: 812-232-2434/msiebert@bopplaw.com<br>Indiana Bar No.: 35061-15<br>U.S. District Court for the S.D. Indiana: May2018 |
|---|---|

| Name of party applicant seeks to appear for: | James Bopp, Jr. and The Bopp Law Firm |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2021 | Signed: | /s/ Melena S. Siebert |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge

In the United States District Court
For the Southern District of Texas
Houston Division

| | |
|---|---|
| Frederic N. Eshelman; <br><br>                                 *Plaintiff,* <br> v. <br><br> True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm <br>                                 *Defendant.* | Civil Case No. 4:20-cv-04034 |

## Declaration of Melena Siebert

I, Melena Siebert, make the following declaration pursuant to 28 U.S.C. § 1746:

1. Pursuant to this Court's procedure 7.e., for *pro hac vice* admission, I aver that I have familiarized myself with both this Court's procedures and the Local Rules.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2021.

                                                                                 *Melena Siebert*

PHV Decl. of Melena Siebert

Scanned by TapScanner