| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

Frederic N. Eshelman

*versus*

True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm

| | |
|---|---|
| Lawyer's Name | Jeffrey P. Gallant |
| Firm | The Bopp Law Firm, PC |
| Street | 1 South Sixth St. |
| City & Zip Code | Terre Haute, IN 47807 |
| Telephone & Email | Phone: 812-232-2434/jgallant@bopplaw.com |
| Licensed: State & Number | Virginia Bar No.: 46876 |
| Federal Bar & Number | U.S. District Court for the S.D. of Indiana: n/a |

| Name of party applicant seeks to appear for: | James Bopp, Jr. and The Bopp Law Firm, PC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2021 | Signed: /s/ Jeffrey P. Gallant |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____

_____
United States District Judge

# In the United States District Court
# For the Southern District of Texas
# Houston Division

| | |
|---|---|
| **Frederic N. Eshelman;** <br> *Plaintiff,* <br><br> v. <br><br> **True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm** <br> *Defendant.* | Civil Case No. 4:20-cv-04034 |

## Declaration of Jeffrey P. Gallant

I, Jeffrey P. Gallant, make the following declaration pursuant to 28 U.S.C. § 1746:

1. Pursuant to this Court's procedure 7.e., for *pro hac vice* admission, I aver that I have familiarized myself with both this Court's procedures and the Local Rules.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2021.

/s/ Jeffrey P. Gallant
Jeffrey P. Gallant

PHV Decl. of Jeffrey P. Gallant