UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

| Frederic N. Eshelman |
|---|
| *versus* |
| True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm |

| | |
|---|---|
| Lawyer's Name | Courtney Turner Milbank |
| Firm | The Bopp Law Firm, PC |
| Street | 1 South Sixth St. |
| City & Zip Code | Terre Haute, IN 47807 |
| Telephone & Email | Phone: 812-232-2434/cmilbank@bopplaw.com |
| Licensed: State & Number | Indiana Bar No.: 32178-29 |
| Federal Bar & Number | U.S. District Court for the S.D. of Indiana: n/a |

| Name of party applicant seeks to appear for: | James Bopp, Jr. and The Bopp Law Firm, PC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __    __    No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/5/2021 | Signed: | /s/ Courtney Turner Milbank |
|---|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:                    Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                    United States District Judge

# In the United States District Court
# For the Southern District of Texas
# Houston Division

| | |
|---|---|
| **Frederic N. Eshelman**; <br> *Plaintiff*, <br> v. <br> **True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm** <br> *Defendant*. | **Civil Case No.** 4:20-cv-04034 |

## Declaration of Courtney Turner Milbank

I, Courtney Turner Milbank, make the following declaration pursuant to 28 U.S.C. § 1746:

1. Pursuant to this Court's procedure 7.e., for *pro hac vice* admission, I aver that I have familiarized myself with both this Court's procedures and the Local Rules.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2021.

*Courtney Turner Milbank*
Courtney Turner Milbank

**PHV Decl. of Courtney Turner Milbank**