UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

| Frederic N. Eshelman |
|---|
| *versus* |
| True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | James Bopp, Jr.<br>The Bopp Law Firm, PC<br>1 South Sixth St.<br>Terre Haute, IN 47807<br>Phone: 812-232-2434/jboppjr@aol.com<br>Indiana Bar No.: 2838-84<br>U.S. District Court for D.C., Bar No: CO0041 |
|---|---|

| Name of party applicant seeks to appear for: | James Bopp, Jr. and The Bopp Law Firm, PC |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes __   __   No __ ✔ __ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/5/2021 | Signed: /s/ James Bopp, Jr. |
|---|---|

| The state bar reports that the applicant's status is: |
|---|
| Dated:          Clerk's signature |

| **Order** | This lawyer is admitted *pro hac vice*. |
|---|---|

Dated: _____          _____
                                                United States District Judge

# In the United States District Court
# For the Southern District of Texas
# Houston Division

| | |
|---|---|
| **Frederic N. Eshelman**;<br>　　　　　　　　　　　*Plaintiff*,<br>　　v.<br><br>**True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm**<br>　　　　　　　　　　　*Defendant*. | **Civil Case No.** 4:20-cv-04034 |

## Declaration of James Bopp, Jr.

I, James Bopp, Jr., make the following declaration pursuant to 28 U.S.C. § 1746:

1. Pursuant to this Court's procedure 7.e., for *pro hac vice* admission, I aver that I have familiarized myself with both this Court's procedures and the Local Rules.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on January 5, 2021.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ James Bopp, Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　　James Bopp, Jr.

**PHV Decl. of James Bopp, Jr.**