United States District Court
Southern District of Texas

**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT　　　　　SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|
| | Frederic N. Eshelman | | |

| *versus* |
|---|
| True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Jeffrey P. Gallant<br>The Bopp Law Firm, PC<br>1 South Sixth St.<br>Terre Haute, IN 47807<br>Phone: 812-232-2434/jgallant@bopplaw.com<br>Virginia Bar No.: 46876<br>U.S. District Court for the S.D. of Indiana: n/a |
|---|---|

| Name of party applicant seeks to appear for: | James Bopp, Jr. and The Bopp Law Firm, PC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __    __  No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated:  1/5/2021 | Signed: | /s/ Jeffrey P. Gallant |
|---|---|---|

The state bar reports that the applicant's status is:   Active

Dated: 01/06/2021    Clerk's signature   /s/ Jennelle Gonzalez

**Order**

This lawyer is admitted *pro hac vice*.

Dated:  01/07/2021

_____
United States District Judge