United States District Court
Southern District of Texas

**ENTERED**
January 07, 2021
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

Frederic N. Eshelman

*versus*

True the Vote, Inc.; Catherine Engelbrecht; Gregg Phillips; OPSEC Group, LLC; James Bopp, Jr; and The Bopp Law Firm

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Courtney Turner Milbank<br>The Bopp Law Firm, PC<br>1 South Sixth St.<br>Terre Haute, IN 47807<br>Phone: 812-232-2434/cmilbank@bopplaw.com<br>Indiana Bar No.: 32178-29<br>U.S. District Court for the S.D. of Indiana: n/a |
|---|---|

| Name of party applicant seeks to appear for: | James Bopp, Jr. and The Bopp Law Firm, PC |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes __     __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2021 | Signed:      /s/ Courtney Turner Milbank |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 01/06/2021    Clerk's signature   /s/ Jennelle Gonzalez |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 01/07/2021

_/s/ Charles R Eskridge III_
United States District Judge