**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FREDRIC N. ESHELMAN, <br><br> *Plaintiff,* <br><br> v. <br><br> TRUE THE VOTE, INC., <br><br> *Defendant.* | Case No.  4:20-cv-04034 |

**MOTION FOR LEAVE TO FILE UNDER SEAL PLAINTIFF'S UNREDACTED**
**EMERGENCY APPLICATION FOR TEMPORARY RESTRAINING ORDER AND**
**MOTION FOR PRELIMINARY INJUNCTION AND ACCOMPANYING EXHIBITS**

Plaintiff Fredric N. Eshelman ("Plaintiff") files this Motion for Leave to File Under Seal and requests that the Court allow Plaintiff to file his unredacted Application for Temporary Restraining Order and Motion for Preliminary Injunction ("Application") and three accompanying exhibits under seal.

Plaintiff's Application citations to financial account numbers from documents that Defendant True the Vote, Inc. ("Defendant") has designated "Confidential" pursuant to the Protective Order agreed to by the parties and entered by the Court on January 6, 2021. *See* Dkt. 30. Additionally, the Plaintiff's Application attaches as exhibits seventeen (17) documents, some of which were produced by Defendant. Three of these exhibits, Exhibit J, Exhibit K, and Exhibit L, and the Proposed Order attached to the Application, contain confidential financial information like account numbers that, under the Protective Order, obligates Plaintiff to seek an order of the Court permitting the filing of the unredacted Application and these three exhibits under seal. *Id.*

For the foregoing reasons, Plaintiff respectfully asks the Court to grant his motion for leave to file under seal (1) Plaintiff's unredacted Application for Temporary Restraining Order and Motion for Preliminary Injunction, (2) three accompanying exhibits, and (3) Proposed Order.

Dated: January 8, 2021

Respectfully submitted,
/s/ Douglas A. Daniels
Douglas A. Daniels
State Bar No. 00793579
Southern District I.D. Number 19347
doug.daniels@dtlawyers.com
DANIELS & TREDENNICK PLLC
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com

Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Christopher J. Climo (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW

Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)


## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of January a true and correct copy of the above foregoing document has been forwarded to counsel of record via ECF and email and on parties to whom counsel has not appeared as follows:

Brock Akers
The Akers Firm PLLC
3401 Allen Parkway, Suite 101
Houston, TX 77019
(713) 583-8662
bca@akersfirm.com

*Counsel for Defendant True the Vote, Inc.*

James Bopp, Jr.
jboppjr@aol.com
Melena Siebert
msiebert@bopplaw.com
Rob Citak
rcitak@bopplaw.com
Jeffrey Gallant
jgallant@bopplaw.com
Courtney Milbank
cmilbank@bopplaw.com
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
(812) 232-2434
*Counsel for Defendants James Bopp, Jr. and The Bopp Law Firm*

Defendant Catherine Engelbrecht
catherine@truethevote.org

Defendant The OPSEC Group, LLC
Via Gregg Phillips, Registered Agent
gp@opsec.group

Defendant Gregg Phillips
gp@opsec.group

*/s/ Douglas A. Daniels*
Douglas A. Daniels