# Application for TRO (Unredacted) Filed Separately as Sealed Event