# Exhibit J
# Filed Separately as Sealed Event