# Exhibit K
# Filed Separately as Sealed Event