# Exhibit L
# Filed Separately as Sealed Event