# Proposed Order on Application for TRO (Unredacted) Filed Separately as Sealed Event