IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC.,<br><br>*Defendant*. | Case No. 4:20-cv-04034 |

### ORDER

On this day, the Court considered Plaintiff Frederic Eshelman's Motion for Leave to File Under Seal Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction and Accompanying Exhibits. The Court finds after considering the Motion and other papers on file that Plaintiff's Motion should be GRANTED.

It is hereby ORDERED that Plaintiff Frederic Eshelman's Motion for Leave to File Under Seal Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction and Accompanying Exhibits is GRANTED and the following pleading, exhibits, and order should be sealed:

- Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction
  - Exhibit J
  - Exhibit K
  - Exhibit L
- Unredacted Proposed Order Granting Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction

2

SIGNED this_____day of January, 2021

_____
Hon. Judge Eskridge