# Exhibit A

# Validate the Vote 2020



## Goal

To ensure the 2020 election returns reflect one vote cast by one eligible voter and thereby protect the right to vote and the integrity of the election.

## Problem

There is significant evidence that there are numerous instances of illegal ballots being cast and counted in the 2020 general election.  Most of these illegal votes are being counted in Democrat counties and are suppressing legitimate results.

This is a result of Democrat officials refusal to obey state election laws and counting illegal votes.  It is also the result of deliberate election fraud. This situation has been aided by the Democrat's deliberate effort to radically expand mail-in balloting, creating myriad opportunities for voter fraud that does not exist with in-person voting.

Furthermore, this flood of illegal votes violates the U.S. Constitution's right to vote by diluting the votes of legitimate voters.

## Plan

- Solicit whistleblower testimonies from those impacted by or involved in election fraud  - True the Vote
- Build public momentum through broad  publicity   - True the Vote
- Galvanize Republican legislative support in key states  - True the Vote
- Aggregate and analyze data to identify patterns of election subversion  - OPSEC Group
- File lawsuits in Federal Court with capacity to be heard by SCOTUS - True the Vote

**Tactical Organizing:** National,  State,  with micro-targeting in key counties

**Key States:** Arizona, Nevada,  Georgia,  North Carolina, Pennsylvania, Michigan, Wisconsin

## Legal Strategy

Jim Bopp,  True the Vote General Counsel, lead attorney in Bush v. Gore and Citizens United, will file federal suits in the seven closest battleground states to investigate voter fraud, expose it, and to nullify the results of the state's election, so that the Presidential Electors can be selected in a special election or by the state legislature.

**Step 1:** A federal civil rights lawsuit will be filed in each targeted state. This will provide the vehicle to serve subpoenas on state election officials to produce critical election data.

**Step 2:** Along with publicly available data, the produced election data will be analyzed to identify both illegal voters and illegal votes.

**Step 3**: If sufficient election fraud is proven, making the results of the election doubtful, the lawsuit will seek to have the state's election results overturned, leading to a special election, to selection of Presidential Elector by the state legislature, or to the selection the President by the U.S. House of Representatives.

---

**TEAM**

**True the Vote**
Catherine Engelbrecht
*President*

**Legal**
Jim Bopp
*True the Vote General Counsel*

**Public Affairs**
David Polyansky
*Principal*
Catherine Frazier
*Principal*

**Data and Research**
**OPSEC Group**
Gregg Phillips
*Presiden**t*

**Funding Estimate**
Whistleblower Campaign
$2,000,000

Data and Research
$1,750,00

Litigation
District Courts $2,500,00
Appeals $375,000
US Supreme Court
$700,000

**Total Effort**
**$7,325,000**

**Funding Vehicles**
True the Vote
Non-Profit 501c3

OPSEC Group
Limited Liability Corp.