# EXHIBIT B



DONATE

Press Releases

# TRUE THE VOTE UPDATE ON LITIGATION AND ONGOING FIGHT FOR ELECTION INTEGRITY

By True the Vote     November 17, 2020



DONATE

made it necessary for us to pursue a different path. But our fight for election integrity continues. The litigation component of our work is only a fraction of what we are doing to pursue real solutions to vulnerabilities in our election system. We are proud of the work we have done to inform Americans of the massive gaps in election security – and after the chaos that ensued after November 3, there is no denying the real and widespread problems nationwide. Americans are now 'woke' about the mess – let's clean it up together.

"Our mission is much bigger than just one election. It is about repairing the system for all future elections. Our data analysis is ongoing and we'll continue our own thorough top to bottom investigation in the key battleground states to expose the gaping security lapses in our election system. American voters deserve to know the truth. They deserve to have every legal vote counted, which means exposing the illegal votes and shoring up the system to minimize future illegal votes. We are pressing onward…. Georgia here we come."

# # #

*True the Vote* (TTV) *is an IRS-designated 501(c)3 voters' rights organization, founded to inspire and equip volunteers for involvement at every stage of our electoral process. TTV empowers organizations and individuals across the nation to actively protect the rights of legitimate*



DONATE

PREVIOUS POST

**BREITBART: CATHERINE ENGELBRECHT ON CONVERSATION WITH TRUMP: RESOLUTE, CONFIDENT, NEVER QUIT**

NEXT POST

**TRUE TH WISCON INVESTI DETERM ILLEGAL**

## CONTACT US

Email Us

PO Box 3109 #19128

Houston, TX

713-401-6017

## RESOURCES

 DONATE



Copyright © 2020 True The Vote. All Rights Reserved.