# Exhibit C

## Fred Eshelman

**From:** Fred Eshelman
**Sent:** Tuesday, November 17, 2020 8:16 AM
**To:** Catherine Engelbrecht
**Subject:** FW: Eshelman account

Please wire the balance of my contributions to my account as shown below.  Also send a full accounting of all monies spent out of the $2.5M, which should be de minimis since nothing was accomplished over the 10 or so days.
Thank you for a prompt response.
Fred Eshelman

**From:** Nan Howard <nan@eshelmanventures.com>
**Sent:** Tuesday, November 17, 2020 8:10 AM
**To:** Fred Eshelman <fred@eshelmanventures.com>
**Cc:** Karen L. Paar (karen.paar@bofa.com) <karen.paar@bofa.com>
**Subject:** RE: Eshelman account

Fred:

Per your request, please find wiring information for your account at Bank of America listed below.

| | |
|---|---|
| Bank: | Bank of America |
| Name on account: | Fredric N Eshelman |
| Routing Number: | |
| Account Number: | |
| Routing number to receive wires: | |
| Contact at BOA: | Karen Paar 980.683.9034 |

Nan

**Nan Howard**
Work: 910.558.6885  ||  Mobile: 910-620-5552 nan@eshelmanventures.com
**Eshelman Ventures, LLC**  ||  319 North 3rd Street, Suite 301, Wilmington, NC  28401

1