# Exhibit Q

| | |
|---|---|
| John H. Merrill<br>Secretary of State | P. O. Box 5616<br>Montgomery, AL 36103-5616 |

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

as appears on file and of record in this office, the pages hereto attached, contain a true, accurate, and literal copy of the Articles of Formation filed on behalf of OPSEC Group, LLC, as received and filed in the Office of the Secretary of State on 09/25/2020.



20201228000017914

In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.

12/28/2020
Date

*J. H. Merrill*

John H. Merrill                Secretary of State

# STATE OF ALABAMA

DOMESTIC LIMITED LIABILITY COMPANY (LLC)
CERTIFICATE OF FORMATION

I certify this to be a true and correct copy [signature] s. Byrd
Probate Judge
Shelby County
Date 9/17/20
# pages 3
Initial

20200917000417820 1/3 $166.00
Shelby Cnty Judge of Probate, AL
09/17/2020 02:43:00 PM FILED/CERT

(FOR COUNTY PROBATE OFFICE USE ONLY)

**1. THE NAME OF THE LIMITED LIABILITY COMPANY**

**OPSEC Group, LLC**

**2. THIS FORM WAS PREPARED BY:**

Gregg Phillips

**3. THE NAME AND STREET (NO PO BOXES) ADDRESS OF THE REGISTERED AGENT LOCATED AT THE REGISTERED OFFICE (MUST BE LOCATED IN ALABAMA):**

Gregg A Phillips
23104 Hilbun Way
Birmingham, AL 35242
SHELBY

**MAILING ADDRESS IN ALABAMA OF REGISTERED OFFICE (IF DIFFERENT FROM STREET ADDRESS):**

PO Box 548, PMB 70267
Birmgham, AL 35201
JEFFERSON

**4. THE UNDERSIGNED CERTIFY THAT THERE IS AT LEAST ONE MEMBER OF THE LIMITED LIABILITY COMPANY.**

**5. CHECK ONLY IF THE TYPE APPLIES TO THE LIMITED LIABILITY COMPANY BEING FORMED:**

☐ NON-PROFIT LLC

☐ NON-PROFIT SERIES LLC

☐ PROFESSIONAL SERIES LLC

☐ PROFESSIONAL LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 8

☐ SERIES LLC COMPLYING WITH TITLE 10A, CHAPTER 5A, ARTICLE 11

RECEIVED DATE

SEP 2 5 2020

SECRETARY OF STATE
OF ALABAMA

(FOR SOS OFFICE USE ONLY)

```
Alabama
Sec. Of State

Pre-File
649-217          DLL
Date      9/25/2020
Time         14:25
200925        3 Pg

File      $100.00
Ackn        $.00
Exp       $100.00
---------
Total     $200.00
10/003
```

*20200917000015022*

6. THE UNDERSIGNED SPECIFY   09/17/2020 12:44:05   AS THE EFFECTIVE DATE AND THE TIME OF FILING

☐   ATTACHED ARE ANY OTHER MATTERS THE MEMBERS DETERMINE TO INCLUDE HEREIN

7. ORGANIZER(S) - OPTIONAL

Not Applicable

| 09/17/2020 | Gregg Phillips Managing Partner |
|---|---|
| DATE | ELECTRONIC SIGNATURE & TITLE |

202009170000417820 2/3 $166.00
Shelby Cnty Judge of Probate, AL
09/17/2020 02:43:00 PM FILED/CERT

I certify this to be a true and correct copy _____
Probate Judge
Shelby County
Date 9/17/20
# pages 3
Initial ___

```
        Alabama
        Sec. Of State
Pre-File
649-217      DLL
Date  9/25/2020
Time  14:25
200925       3 Pg
File         $100.00
Ackn         $.00
Exp          $100.00
            --------
Total        $200.00
10/003
```

John H. Merrill  
Secretary of State

P.O. Box 5616  
Montgomery, AL 36103-5616

# STATE OF ALABAMA

**I, John H. Merrill, Secretary of State of Alabama, having custody of the Great and Principal Seal of said State, do hereby certify that**

pursuant to the provisions of Title 10A, Chapter 1, Article 5, Code of Alabama 1975, and upon an examination of the entity records on file in this office, the following entity name is reserved as available:

**OPSEC Group, LLC**

This name reservation is for the exclusive use of Gregg Phillips, PO Box 548, PMB 70267, Birmgham, AL 35201 for a period of one year beginning September 17, 2020 and expiring September 17, 2021

I certify this to be a true and correct copy _____  
Probate Judge  
Date 9/17/20  Shelby County  
# pages 3  
Initial

**In Testimony Whereof, I have hereunto set my hand and affixed the Great Seal of the State, at the Capitol, in the city of Montgomery, on this day.**

September 17, 2020  
**Date**



RES905772

**John H. Merrill**     **Secretary of State**



20200917000417820 3/3 $166.00  
Shelby Cnty Judge of Probate, AL  
09/17/2020 02:43:00 PM FILED/CERT