**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>     *Plaintiff,*<br><br>v.<br><br>TRUE THE VOTE, INC., et al.<br><br>     *Defendants.* | Case No.  4:20-cv-04034 |

## ORDER

On this day, the Court considered Plaintiff Frederic Eshelman's Motion for Leave to File Under Seal Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction and Accompanying Exhibits. The Court finds after considering the Motion and other papers on file that Plaintiff's Motion should be GRANTED.

It is hereby ORDERED that Plaintiff Frederic Eshelman's Motion for Leave to File Under Seal Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction and Accompanying Exhibits is GRANTED and the following pleading, exhibits, and order should be sealed:

- Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction
  - Exhibit J attached thereto
- Unredacted Proposed Order Granting Plaintiff's Unredacted Emergency Application for Temporary Restraining Order and Motion for Preliminary Injunction

SO ORDERED.

Signed on _____, at Houston, Texas.


_____
Hon. Charles Eskridge
United States District Judge