# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>　　*Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC GROUP, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM,<br><br>　　*Defendants*. | Case No. 4:20-cv-04034<br><br>**JURY DEMANDED** |

## NOTICE

TO THE HONORABLE COURT:

Pursuant to the Parties' agreement during their January 13, 2021 conference as laid out in the joint status report, please take note of the following:

1.　　Plaintiff withdraws his original Preliminary Injunction (Dkt. 10).

2.　　Pursuant to an agreement between Plaintiff and Defendants The Bopp Law Firm and James Bopp, Jr., Plaintiff withdraws his Application for Temporary Restraining Order (Dkt. 41-1) as to Defendants The Bopp Law Firm and James Bopp, Jr.  However, the Application for Temporary Restraining Order as to the other Defendants (also in Dkt. 41-1) is not withdrawn.  Further, Plaintiff's Motion for Preliminary Injunction, also in the same document (Dkt. 41-1), is not withdrawn as to any Defendant.

| | |
|---|---|
| January 15, 2021 | Respectfully submitted, |
| | */s/ Douglas A. Daniels* |
| | Douglas A. Daniels |
| | State Bar No. 00793579 |
| | Southern District I.D. Number 19347 |
| | doug.daniels@dtlawyers.com |
| | DANIELS & TREDENNICK PLLC |
| | *Attorney-in-Charge for Plaintiff* |

OF COUNSEL:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com
Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Christopher J. Climo (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of January 2021, a true and correct copy of the above foregoing document has been forwarded to counsel of record via ECF.

/s/ Douglas A. Daniels
Douglas A. Daniels

3