# In the United States District Court
# For the Southern District of Texas
# Houston Division

| | |
|---|---|
| **Frederic N. Eshelman**;<br><br>*Plaintiff*,<br><br>v.<br><br>**True the Vote, Inc. Catherine Engelbrecht, Gregg Phillips, OPSEC, LLC, James Bopp, Jr.,** and **The Bopp Law Firm, PC**;<br><br>*Defendant*. | **Civil Case No.** 4:20-cv-04034<br><br>J̲udge C̲harles E̲skridge, III |

## Order

Having considered Plaintiff's Verified Emergency Application for Temporary Restraining Order or Motion for Preliminary Injunction (ECFs 40 and 41-1); Defendants James Bopp, Jr. and The Bopp Law Firm, PC's Consolidated Response in Opposition (ECF 45); any response of Defendants True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, and OPSEC, LLC; any reply thereto; and the arguments of counsel, this Court finds as follows:

1. that the Application for Temporary Restraining Order should be **DENIED**; and

2. that the Motion for Preliminary Injunction should be **DENIED**.

So ordered.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge