**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN, | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 4:20-cv-04034 JUDGE CHARLES ESKRIDGE |
| *Plaintiff,* | | |
| vs. | | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC GROUP, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM, | | |
| Defendants. | | |

**EXHIBIT LIST OF PLAINTIFF, FREDRIC N. ESHELMAN**

| No. | Description | Offer | Object | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1. | Wells Fargo Account Detail for True the Vote (TTV 0002) | | | | |
| 2. | Articles of Formation o/b/o OPSEC Group, LLC | | | | |
| 3. | November 23, 2020 email from C. Engelbrecht to re Invoice cancellation and attached letter from Old Town Digital re the same (Dkt. No. 41-1) | | | | |
| 4. | Defendants James Bopp, Jr. and The Bopp Law Firm, PC's Response to Plaintiff's Expedited Discovery | | | | |

1

| | | | | | |
|---|---|---|---|---|---|
| 5. | November 5, 2020 email between F. Eshelman and T. Crawford re speaking with head of True the Vote (Eshelman 00010) | | | | |
| 6. | November 5, 2020 email between F. Eshelman T. Crawford re I need something in writing describing what we are doing (Eshelman 00012) | | | | |
| 7. | November 5, 2020 emails between Bank of America, Eshelman and Crawford re TTV Funding Channels (Eshelman 00014-15) | | | | |
| 8. | November 5, 2020 emails between T. Crawford and C. Engelbrecht re Validate the Vote 2020 overview of plan (Eshelman 00023) | | | | |
| 9. | November 5, 2020 email between F. Eshelman and. T. Crawford re VTV launch of press release (Eshelman 00027) | | | | |
| 10. | November 6, 2020 email between C. Engelbrecht and T. Crawford re Legal expenses estimate (Eshelman 00049) | | | | |
| 11. | November 8, 2020 email between F. Eshelman and C. Crawford re we need hard numbers asap (Eshelman 00059) | | | | |
| 12. | November 9, 2020 email between C. Engelbrecht and F. Eshelman re Spend (Eshelman 00066-67) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 13. | November 9, 2020 emails between C. Engelbrecht and F. Eshelman re spend (Eshelman 00071-72) | | | | |
| 14. | November 10, 2020 emails between C. Engelbrecht and F. Eshelman re Following up (Eshelman 00086-87) | | | | |
| 15. | November 10, 2020 email between F. Eshelman and T. Crawford re Trump Strategy (Eshelman 00088) | | | | |
| 16. | November 11, 2020 email from F. Eshelman to T. Crawford re time is not our friend (Eshelman 00094) | | | | |
| 17. | November 11, 2020 email between C. Engelbrecht, F. Eshelman and T. Crawford re election effort (Eshelman 00096-97) | | | | |
| 18. | November 11, 2020 email between F. Eshelman and C. Engelbrecht re Thanks (Eshelman 00101-102) | | | | |
| 19. | November 11, 2020 email between C. Engelbrecht and multiple recipients re Survey results (Eshelman 00103) | | | | |
| 20. | November 12, 2020 email between T. Crawford and F. Eshelman re call with Bopp (Eshelman 00126) | | | | |
| 21. | November 12-13, 2020 email between F. Eshelman and T. Crawford re call with Bopp – | | | | |

|     |                                                                                                                                          |   |   |   |   |
| --- | ---------------------------------------------------------------------------------------------------------------------------------------- | - | - | - | - |
|     | Having Nan transfer $500k today (Eshelman 00130-131)                                                                                     |   |   |   |   |
| 22. | November 13, 2020 email from J. Bopp Jr. to T. Crawford, dymailbox@gmail.com re Our theme (Eshelman 00132-134)                           |   |   |   |   |
| 23. | November 13, 2020 letter from F. Eshelman authorizing Wells Fargo Bank to wire transfer of $500k (Eshelman 00137)                        |   |   |   |   |
| 24. | November 14, 2020 email between C. Engelbrecht and F. Eshelman re Can we get on a call? (Eshelman 00157)                                 |   |   |   |   |
| 25. | November 14, 2020 email between C. Engelbrecht and F. Eshelman re Invoice 11032020-98753 from Old Town Digital Agency (Eshelman 00158-161) |   |   |   |   |
| 26. | November 15, 2020 email between F. Eshelman and C. Crawford re $1M invoice (Eshelman 00164-165)                                          |   |   |   |   |
| 27. | November 13-15, 2020 email between C. Engelbrecht and F. Eshelman re The Old Town Invoice (attached) (Eshelman 00167-170)                |   |   |   |   |
| 28. | November 15, 2020 emails between C. Engelbrecht, F. Eshelman and J. Bopp re situation (Eshelman 00176-178)                               |   |   |   |   |

| | | | | | | |
|---|---|---|---|---|---|---|
| 29. | November 15, 2020 email between C. Engelbrecht, F. Eshelman and J. Bopp re situation (Eshelman 00186-188) | | | | | |
| 30. | November 15, 2020 email between T. Crawford, F. Eshelman and C. Engelbrecht re situation (Eshelman 00189-192) | | | | | |
| 31. | November 15-16, 2020 emails between T. Crawford, F. Eshelman and C. Engelbrecht re situation (Eshelman 00197-200) | | | | | |
| 32. | November 16, 2020 email from N. Howard to T. Crawford, C. Engelbrecht, J. Bopp and F. Eshelman re Topics for afternoon call (Eshelman 00222-223) | | | | | |
| 33. | November 16, email from F. Eshelman to C. Engelbrecht re Gregg (Eshelman 00224) | | | | | |
| 34. | November 16, 2020 email between F. Eshelman and T. Crawford re AZ (Eshelman 00230) | | | | | |
| 35. | November 16, 2020 email from F. Eshelman to T. Crawford re pure CYA (Eshelman 00231) | | | | | |
| 36. | November 16, 2020 email between F. Eshelman, J. Bopp and C. Engelbrecht re Validate the Vote project (Eshelman 00234-235) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 37. | November 16, 2020 email between T. Crawford, and F. Eshelman re had enough (Eshelman 00238-239) | | | | |
| 38. | November 16, 2020 email from T. Crawford to F. Eshelman re Gregg (Eshelman 00240) | | | | |
| 39. | November 19, 2020 email between T. Crawford, C. Engelbrecht and F. Eshelman re Funding (Eshelman 00254) | | | | |
| 40. | November 24, 2020 email between C. McKenzie re Invoice #11032020-98753 (Eshelman 00259-260) | | | | |
| 41. | Docket Sheet re *Brooks et al., v. Mahoney, III et al.* | | | | |
| 42. | Verified Complaint in *Brooks et al., v. Mahoney, III* (Dkt. No. 1) | | | | |
| 43. | Order of Dismissal in *Brooks et al., v. Mahoney, III* (Dkt. No. 21) | | | | |
| 44. | Verified Complaint in *Langenhorst, et al v. Pecore* (Dkt. No. 1) | | | | |
| 45. | Plaintiffs' Notice of Dismissal in *Langenhorst, et al v. Pecore* (Dkt. No. 25) | | | | |
| 46. | Plaintiffs' Notice of Dismissal in *Langenhorst, et al v. Pecore* (Dkt. No. 26) | | | | |
| 47. | Plaintiffs' Notice of Dismissal in *Langenhorst, et al v. Pecore* (Dkt. No. 27) | | | | |
| 48. | Docket Sheet re *Langenhorst, et al v. Pecore* | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 49. | Notice of Dismissal in *Pirkle, et al., v. Wolf, et al.* (Dkt. No. 20) | | | | |
| 50. | Docket Sheet re *Pirkle, et al., v. Wolf, et al.* | | | | |
| 51. | Verified Complaint in *Pirkle, et al., v. Wolf, et al.* (Dkt. No. 1) | | | | |
| 52. | Order of Dismissal in *Pirkle, et al., v. Wolf, et al.* (Dkt. No. 21) | | | | |
| 53. | Docket Sheet re *Bally et al, v. Whitmer, et al.* | | | | |
| 54. | Verified Complaint in *Bally et al, v. Whitmer, et al.* (Dkt. No. 1) | | | | |
| 55. | Notice of Dismissal in *Bally et al, v. Whitmer, et al.* (Dkt. No. 14) | | | | |
| 56. | Invoices to True the Vote, Inc. (multiple vendors) | | | | |
| 57. | Supplemental Agreement for Legal Services re TTV's Validate the Vote Project between TTV and The Bopp Law Firm, PC (TTV 0071-75) | | | | |
| 58. | Validate the Vote 2020 Plan | | | | |
| 59. | November 17, 2020 TTV Press Release | | | | |
| 60. | November 19, 2020 Email from F. Eshelman to C. Engelbrecht re Funding | | | | |
| 61. | November 21, 2020 Letter from R. Jacobs to C. Engelbrecht re Return of Funds | | | | |
| 62. | November 21-22, 2020 Email Chain Between R. Jacobs and | | | | |

|     |                                                                                                                   |  |  |  |  |
|-----|-------------------------------------------------------------------------------------------------------------------|--|--|--|--|
|     | C. Engelbrecht re Return of Funds                                                                                 |  |  |  |  |
| 63. | November 21-22, 2020 Email Chain Between R. Jacobs and C. Engelbrecht re Return of Funds                          |  |  |  |  |
| 64. | November 23, 2020 Letter from R. Jacobs to C. Engelbrecht re Notice of Claim and Pre-Suit Demand                  |  |  |  |  |
| 65. | November 23, 2020 Letter from J. Bopp to R. Jacobs re True the Vote, Inc.                                         |  |  |  |  |
| 66. | November 9, 2020 OPSEC Group Invoice                                                                              |  |  |  |  |
| 67. | December 7, 2020 OPSEC Group Invoice                                                                              |  |  |  |  |
| 68. | Declaration of T. Wilson                                                                                          |  |  |  |  |
| 69. | 2016 Form 990 for True the Vote                                                                                   |  |  |  |  |
| 70. | 2017 Form 990 for True the Vote                                                                                   |  |  |  |  |
| 71. | 2018 Form 990 for True the Vote                                                                                   |  |  |  |  |
| 72. | True the Vote Invoice List                                                                                        |  |  |  |  |

Respectfully submitted,

January 27, 2021  /s/ Douglas A. Daniels
Date  Douglas A. Daniels
State Bar No. 00793579
Southern District I.D. Number 19347
doug.daniels@dtlawyers.com
DANIELS & TREDENNICK PLLC
*Attorney-in-Charge for Plaintiff*

8

OF COUNSEL:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com

Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Christopher J. Climo (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2021 a true and correct copy of the above foregoing document has been forwarded to counsel of record via ECF, and via email.

*/s/ Douglas A. Daniels*
Douglas A. Daniels