**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN,<br><br>*Plaintiff*,<br><br>vs.<br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC GROUP, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO.<br><br>4:20-cv-04034<br><br>JUDGE CHARLES ESKRIDGE |

**WITNESS LIST OF PLAINTIFF, FREDRIC N. ESHELMAN**

| NO. | WITNESS NAME | WITNESS ADDRESS |
|---|---|---|
| 1. | Fredric N. Eshelman | Through his counsel of record, Douglas A. Daniels, Daniels & Tredennick, PLLC, 6363 Woodway Dr., Ste. 700, Houston, Texas 77057 |
| | ☒ Live (Via Zoom) ☐ Deposition<br>☐ Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Plaintiff; Donor of conditional gift. | |
| 2. | Catherine Engelbrecht | Through her counsel of record, Brock C. Akers, 3401 Allen Parkway, Ste. 101, Houston, Texas 77019 |
| | ☒ Live (Via Zoom) ☐ Deposition | |

| | | |
|---|---|---|
| | ☐ Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Defendant, President of True the Vote, Inc. | |
| 3. | Gregg Phillips | Through his counsel of record, Brock C. Akers, 3401 Allen Parkway, Ste. 101, Houston, Texas 77019 |
| | ☒ Live (Via Zoom) ☐ Deposition<br>☐ Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Defendant, founder of OPSEC Group, LLC. | |
| 4. | James Bopp, Jr. | The Bopp Law Firm, P.C.<br>1 South Sixth St.<br>Terre Haute, IN 47807 |
| | ☒ Live (Via Zoom) ☐ Deposition<br>☐ Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:*<br>Defendant, General Counsel for True the Vote, Inc. | |
| 5. | | |
| | ☐ Live ☐ Deposition<br>☐ Fact ☐ Expert ☐Record Custodian<br>*Brief description of witness capacity and testimonial topics:* | |

Respectfully submitted,

January 27, 2021
Date

/s/ Douglas A. Daniels
Douglas A. Daniels
State Bar No. 00793579
Southern District I.D. Number 19347

doug.daniels@dtlawyers.com
DANIELS & TREDENNICK PLLC
*Attorney-in-Charge for Plaintiff*

OF COUNSEL:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com

Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Christopher J. Climo (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 27th day of January, 2021 a true and correct copy of the above foregoing document has been forwarded to counsel of record via ECF, and via email.

*/s/ Douglas A. Daniels*
Douglas A. Daniels