IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM,<br><br>*Defendants*. | Case No. 4:20-cv-04034<br><br>**JURY DEMANDED** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDCE UNDER RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE THAT Plaintiff Fredric N. Eshelman, by and through counsel, hereby voluntarily dismisses his Verified Amended Complaint (thus dismissing this suit) without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). In accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), this Notice has been filed prior to any Defendant filing an answer or motion for summary judgment.

Dated: February 1, 2021

Respectfully submitted,

*/s/ Douglas A. Daniels*
Douglas A. Daniels
State Bar No. 00793579
Southern District I.D. Number 19347

1

                                    Doug.daniels@dtlawyers.com
                                    DANIELS & TREDENNICK PLLC
                                    *Attorney-in-Charge for Plaintiff*

<u>OF COUNSEL</u>:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com

Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Christopher J. Climo (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
cjclimo@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of February 2021 a true and correct copy of the above foregoing document has been forwarded to counsel of record via ECF:

Brock Akers
The Akers Firm PLLC
3401 Allen Parkway, Suite 101
Houston, TX 77019
(713) 583-8662
bca@akersfirm.com
*Counsel for Defendant TTV, Catherine Engelbrecht, OPSEC Group and Gregg Phillips*

James Bopp, Jr.
jboppjr@aol.com
Melena Siebert
msiebert@bopplaw.com
Rob Citak
rcitak@bopplaw.com
Jeffrey Gallant
jgallant@bopplaw.com
Courtney Milbank
cmilbank@bopplaw.com
The Bopp Law Firm
1 South Sixth St.
Terre Haute, IN 47807
(812) 232-2434
*Counsel for Defendants James Bopp, Jr., and The Bopp Law Firm*

*/s/ Douglas A. Daniels*
Douglas A. Daniels