# Exhibit 1

12/24/2020 — Account Detail - Wells Fargo

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/10/20 | WIRE TRANS SVC CHARGE - SEQUENCE: 201110127886 SRF# 0006806315130044 TRN#201110127886 RFB# | | $30.00 | |
| 11/10/20 | Revv TRANSFER ST-D1N5N8F8D6W2 TRUE THE VOTE | $23,403.58 | | |
| 11/10/20 | Classy Pay Classy Pay ST-Q4Y2G4T0U3A3 TRUE THE VOTE INC | $402.58 | | |
| 11/09/20 | AMERICAN EXPRESS ACH PMT 201109 A9234 TRUE THE VOTE | | $2,862.91 | $2,334,418.01 |
| 11/09/20 | DIRECT PAY MONTHLY BASE | | $10.00 | |
| 11/09/20 | DIRECT PAY INDIVIDUAL PYMT TRANS | | $0.50 | |
| 11/09/20 | DEPOSIT MADE IN A BRANCH/STORE #131115583 | $20.00 | | |
| 11/09/20 | KINDFUL PAYMENTS Kindful Pa ST-I5C6N4O5S0L1 27 2860095 | $24.68 | | |
| 11/09/20 | Revv TRANSFER ST-T7Z1H0J2P0B6 TRUE THE VOTE | $2,331.12 | | |
| 11/06/20 | KINDFUL PAYMENTS Kindful Pa ST-S2T7O6Z2B2Q7 27 2860095 | $96.80 | | $2,334,915.62 |
| 11/06/20 | Revv TRANSFER ST-R9I4I1V9Q0P5 TRUE THE VOTE | $2,531.50 | | |
| 11/06/20 | Classy Pay Classy Pay ST-G3K6R3F4D7F6 TRUE THE VOTE INC | $46.65 | | |
| 11/05/20 | WIRE TRANS SVC CHARGE - SEQUENCE: 201105125806 SRF# 2020110500540243 TRN#201105125806 RFB# TS20201105020244 | | $15.00 | $2,332,240.67 |
| 11/05/20 | WT FED#01808 BANK OF AMERICA, N /ORG=FREDRIC N ESHELMAN SRF# 2020110500540243 TRN#201105125806 RFB# TS20201105020244 | $2,000,000.00 | | |
| 11/05/20 | KINDFUL PAYMENTS Kindful Pa ST-Q0M8X4Q6W6J2 27 2860095 | $72.52 | | |
| 11/05/20 | Revv TRANSFER ST-M6U5H5V1C4N9 TRUE THE VOTE | $1,391.28 | | |
| 11/05/20 | Classy Pay Classy Pay ST-V2Q4P0U1O2R4 TRUE THE VOTE INC | $46.65 | | |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

CONFIDENTIAL
https://connect.secure.wellsfargo.com/accounts/start?st=1608827920&SAMLart=AAQBeOoEQCR14WDgSxaU4QNGCHpGcoS1bxV4wgTMKy4OvsSnYhYps6D... 9/17
TTV 0010
Bopp Dec. 0013