# Exhibit 3

**From:** James Bopp Jr <jboppjr@aol.com>
**Reply-To:** James Bopp Jr <jboppjr@aol.com>
**Date:** Friday, September 2, 2022 at 2:36 PM
**To:** "vbaranetsky@revealnews.org" <vbaranetsky@revealnews.org>, "bca@akersfirm.com" <bca@akersfirm.com>, "cmilbank@bopplaw.com" <cmilbank@bopplaw.com>, "jgallant@bopplaw.com" <jgallant@bopplaw.com>, "msiebert@bopplaw.com" <msiebert@bopplaw.com>, "rcitak@bopplaw.com" <rcitak@bopplaw.com>
**Cc:** "dgray@revealnews.org" <dgray@revealnews.org>, "Steffensen, Peter" <psteffensen@mail.smu.edu>
**Subject:** Re: Unsealing Motion in S.D. TX Case No. #: 4:20-cv-04034

*[EXTERNAL SENDER]*

We do not consent.  Jim

**James Bopp, Jr.**
Attorney
The Bopp Law Firm, PC | www.bopplaw.com
The National Building | 1 South 6th Street | Terre Haute, IN 47807
voice: (812) 232-2434 ext. 22 | fax: (812) 235-3685 | cell: (812) 243-0825 | jboppjr@aol.com

Sent from AOL Desktop

In a message dated 9/2/2022 2:10:51 PM US Eastern Standard Time, vbaranetsky@revealnews.org writes:

Dear Counsel,

My name is Victoria Baranetsky. I am General Counsel at The Center for Investigative Reporting, a nonprofit investigative newsroom based in Emeryville California.

I'm emailing you because my client is interested in unsealing documents filed under seal in Eshelman v. True the Vote, Case No. #: 4:20-cv-04034, in which you represent one the Plaintiff. We are planning to file a motion to intervene and unseal pursuant to the presumptive right of access under the common law, and would like to ask if your client would consent to unsealing in this case.

Please let me know by end of day next Tuesday.

Sincerely,
Victoria

--
Victoria D. Baranetsky
General Counsel
**(w)** 510-982-2890
**(c)** 201-306-4831
**PGP** EA48 1FB7 98E3 156E 3AFF  6748 F7B1 8B23 0838 D7F5

From: **Jacobs, Ronald M.** <RMJacobs@venable.com>
Date: Thu, Sep 8, 2022 at 2:43 PM
Subject: RE: Unsealing Motion in S.D. TX Case No. #: 4:20-cv-04034
To: Victoria Baranetsky <vbaranetsky@revealnews.org>
Cc: Dara Gray <dgray@revealnews.org>, Douglas A. Daniels <doug.daniels@dtlawyers.com>, Steffensen, Peter <psteffensen@mail.smu.edu>


Thanks, I conferred with Mr. Eshelman, and he consents to unsealing.

---

**From:** Victoria Baranetsky <vbaranetsky@revealnews.org>
**Sent:** Thursday, September 8, 2022 5:36 PM
**To:** Jacobs, Ronald M. <RMJacobs@Venable.com>
**Cc:** Dara Gray <dgray@revealnews.org>; Douglas A. Daniels <doug.daniels@dtlawyers.com>; Steffensen, Peter <psteffensen@mail.smu.edu>
**Subject:** Re: Unsealing Motion in S.D. TX Case No. #: 4:20-cv-04034

**Caution: External Email**

Hello Ron,

We are filing by tomorrow. Please let us know at your earliest convenience.

Regards,
Victoria

On Wed, Sep 7, 2022 at 8:26 AM Victoria Baranetsky <vbaranetsky@revealnews.org> wrote:
> Thank you for the update.
>
> I'll look out for your email.
>
> Victoria
>
> On Wed, Sep 7, 2022 at 5:38 AM Jacobs, Ronald M. <RMJacobs@venable.com> wrote:

Victoria, thank you for your email. I'm scheduling a time to talk with Mr. Eshelman, but I do not anticipate that he will have any objection to unsealing the documents. I will report back with a final either today or tomorrow. Thank you.

Regards,
Ron

**Ronald M. Jacobs** | Chair, Political Law Practice | **Venable LLP**
**t** 202.344.8215 | **f** 202.344.8300 | **m** 202.329.4296
600 Massachusetts Avenue, NW, Washington, DC 20001

RMJacobs@Venable.com | www.Venable.com | www.PoliticalLawBriefing.com

---

**From:** Victoria Baranetsky <vbaranetsky@revealnews.org>
**Sent:** Friday, September 2, 2022 2:11 PM
**To:** bca@akersfirm.com; cjclimo@venable.com; Jacobs, Ronald M. <RMJacobs@Venable.com>; sabrina@dtlawyers.com; meghan.mccaig@tklaw.com
**Cc:** Steffensen, Peter <psteffensen@mail.smu.edu>; Dara Gray <dgray@revealnews.org>
**Subject:** Unsealing Motion in S.D. TX Case No. #: 4:20-cv-04034

**Caution: External Email**

Dear Counsel,

My name is Victoria Baranetsky. I am General Counsel at The Center for Investigative Reporting, a nonprofit investigative newsroom based in Emeryville California.

I'm emailing you because my client is interested in unsealing documents filed under seal in Eshelman v. True the Vote, Case No. #: 4:20-cv-04034, in which you represent one the Plaintiff. We are planning to file a motion to intervene and unseal pursuant to the presumptive right of access under the common law, and would like to ask if your client would consent to unsealing in this case.

Please let me know by EOD next Tuesday.

Sincerely,
Victoria

--

Victoria D. Baranetsky
General Counsel
**(w)** 510-982-2890
**(c)** 201-306-4831
**PGP** EA48 1FB7 98E3 156E 3AFF  6748 F7B1 8B23 0838 D7F5

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************

--
null

--
Victoria D. Baranetsky
General Counsel
**(w)** 510-982-2890
**(c)** 201-306-4831
**PGP** EA48 1FB7 98E3 156E 3AFF  6748 F7B1 8B23 0838 D7F5

*********************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
*********************************************************************

--
Victoria D. Baranetsky
General Counsel
**(w)** 510-982-2890
**(c)** 201-306-4831
**PGP** EA48 1FB7 98E3 156E 3AFF  6748 F7B1 8B23 0838 D7F5