**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| FREDRIC N. ESHELMAN, | § § § | CIVIL ACTION NO. 4:20-cv-04034 |
| Plaintiff, | § § | |
| | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| vs. | § § § | |
| | § | |
| TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM | § § § § § § § § | |
| Defendants. | § | |

**ORDER**

On this day, the Court came to consider the Center for Investigative Reporting's ("CIR") Motion to Intervene and to Unseal Court Records, the Responses of the Parties, and Movant's Reply.

CIR's Motion to Intervene is hereby GRANTED. Further, having considered the arguments of the parties, Intervenor's Motion to Unseal Court Records is also GRANTED. It is hereby ORDERED that all records currently sealed on the docket in this matter be unsealed.

SO ORDERED.

Signed on _____, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge