United States District Court
Southern District of Texas

**ENTERED**
October 11, 2022
Nathan Ochsner, Clerk

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:20-cv-04034 |
|---|---|---|---|

Fredric N. Eshelman, Plaintiff

*versus*

True the Vote, Inc., Catherine Engelbrecht, Gregg Phillips, OpSec, LLC, James Bopp, Jr., and The Bopp Law Firm, Defendants.

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | D. Victoria Baranetsky<br>The Center for Investigative Reporting<br>1400 65th St., Suite 200<br>Emeryville, CA 94608<br>(510) 982-2890<br>vbaranetsky@revealnews.org<br>Cal. Bar No. 311892 |
|---|---|

| Name of party applicant seeks to appear for: | The Center for Investigative Reporting |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔_____

On a separate sheet for each sanction, please supply the full particulars.

| Dated: August 25, 2022 | Signed: [signature] |
|---|---|

The state bar reports that the applicant's status is: Active

| Dated: 09/27/2022 | Clerk's signature   /s/ Jennelle Gonzalez |
|---|---|

**Order**

This lawyer is admitted *pro hac vice*.

Dated: October 11, 2022

_____
United States District Judge