# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **FREDRIC N. ESHELMAN,** ) | |
|           Plaintiffs, ) | |
| ) | |
| V.  ) | Civil Action No. 4:20-CV-04034 |
| ) | |
| **TRUE THE VOTE, INC., CATHERINE** ) | |
| **ENGELBRECHT, GREGG PHILLIPS,** ) | |
| **OPSEC, LLC, JAMES BOPP, JR., AND** ) | |
| **THE BOPP LAW FIRM** ) | |
| ) | |
|           Defendants. ) | |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

    The undersigned attorney for intervenor Center for Investigative Reporting files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

    My new address is as follows:

Thomas S. Leatherbury Law, PLLC
1901 N. Akard St.
Dallas, TX 75201
Tel:  214.213.5004
Email: tom@tsleatherburylaw.com
State Bar No. 12095275

Dated: January 26, 2023                                Respectfully submitted,

                                                       */s/ Thomas S. Leatherbury*
                                                       Thomas S. Leatherbury
                                                       State Bar No. 12095275
                                                       Thomas S. Leatherbury Law, PLLC
                                                      1901 N. Akard St.
                                                      Dallas, TX 75201
                                                      Telephone:  214.213.5004
                                                      Email:    tom@tsleatherburylaw.com

                                                      *Counsel for The Center for Investigative Reporting*

US 9524333v.1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing motion was served on all counsel of record via CM/ECF on January 26, 2023.

                                                             */s/ Thomas S. Leatherbury*
                                                             Thomas S. Leatherbury