United States District Court
Southern District of Texas
**ENTERED**
September 29, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN, § <br> Plaintiff, § <br> § <br> § <br> vs. § <br> § <br> § <br> TRUE THE VOTE, INC., § <br> CATHERINE § <br> ENGELBRECHT, § <br> GREGG PHILLIPS, § <br> OPSEC, LLC, § <br> JAMES BOPP, JR., AND § <br> THE BOPP LAW FIRM § <br> Defendants. § | CIVIL ACTION NO. <br> 4:20-cv-04034 <br><br> JUDGE CHARLES ESKRIDGE |

### ORDER

Still pending is the motion by the Center for Investigative Reporting to intervene and to unseal court records. Dkt 60.

To the extent the motion seeks intervention, it is GRANTED.

To the extent the motion seeks to unseal records, it is granted to the extent specified by Order dated September 26, 2023. See Dkt 66.

SO ORDERED.

Signed on September 29, 2023, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge