UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **Fredric N. Eshelman**; *Plaintiff,*<br><br>v.<br><br>**True the Vote, Inc., et al.**; *Defendants.* | **Civil Case No.** 4:20-cv-04034<br>Judge Charles Eskridge, III |

**Defendants James Bopp, Jr. and The Bopp Law Firm, PC Notification of Compliance with Court's Order**

This Court Ordered Defendants James Bopp, Jr. and The Bopp Law Firm, PC ("**Bopp Defendants**") to re-file Docket 45-1 without redactions. *See* Order, Dkt 66 at 4. Bopp Defendants respectfully notifies this Court that it has complied with this order. In support of this Notice, Bopp Defendants state the following:

1. The unredacted version of Docket 45-1 has been filed separately, in compliance with this Court's order.

2. All redactions at 34, 36, 40, 42, 44, 47-49, 62-67, 71, 77, 79-81, 116-17 have been removed with the exception of account numbers and wire transfer numbers at pages 42, 44, 47, 48, which remain redacted with the exception of the last four digits.

3. Mr. Eshelman's counsel was the source of the original redacted documents for pages 34, 36, 40, 42, 49, 62-67, 71, 77, 79-81, and 116-17. The material contained privileged information; however, Mr. Eshelman's counsel waived that privilege and sent the

**Bopp Defs. Not.
of Compliance**

unredacted versions of these pages to Bopp Defendants' counsel for inclusion in their filing.[1]

Dated: October 5, 2023

Respectfully Submitted,

/s/ James Bopp, Jr.

James Bopp, Jr.,* Ind. Bar No. 2838-84
jboppjr@aol.com
Melena S. Siebert,* Ind. Bar No. 35061-15
msiebert@bopplaw.com
THE BOPP LAW FIRM, PC
The National Building
1 South 6th Street
Terre Haute, Indiana 47807
Telephone: (812) 232-2434
Facsimile: (812) 235-3685
* Admitted *pro hac vice*
*Counsel for Bopp Defendants*

---

[1] The following pages were documents that were originally printed and redacted by former Venable associate Christopher Climo and were re-printed and produced without redactions by Venable partner Ron Jacobs: 42, 64, 67, 77, 80, and 81.