IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| FREDRIC N. ESHELMAN,<br><br>*Plaintiff*,<br><br>v.<br><br>TRUE THE VOTE, INC., CATHERINE ENGELBRECHT, GREGG PHILLIPS, OPSEC GROUP, LLC, JAMES BOPP, JR., AND THE BOPP LAW FIRM,<br><br>*Defendants.* | Case No. 4:20-cv-04034 |

**PLAINTIFF FREDRIC N. ESHELMAN'S NOTIFICATION OF COMPLIANCE WITH COURT'S ORDER**

This Court ordered Plaintiff Fredric N. Eshelman ("Eshelman") to re-file Dkt 41-1 Exhibit J, at Dkt 41-2. *See* Order, Dkt 66 at 4. The Court further ordered all redactions be removed with the exception of the last four digits of any account numbers and wire transfer numbers at Dkt 41-1 (Plaintiff's Verified Emergency Application for Temporary Restraining Order as to All Defendants and Verified Motion for Preliminary Injunction as to Catherine Engelbrecht, Gregg Phillps, OPSEC, LLC, James Bopp, Jr., and The Bopp Law Firm) at 6, 10, 20 and at Dkt 41-2 (Exhibit J to Dkt 41-1) at 30-39. *See id*. Eshelman respectfully notifies this Court that he has complied with the Order. In support of this Notification of Compliance with Court's Order, Eshelman states the following:

1. The unredacted version of Docket 41-1 (Plaintiff's Verified Emergency Application for Temporary Restraining Order as to All Defendants and Verified Motion for Preliminary

Injunction as to Catherine Engelbrecht, Gregg Phillps, OPSEC, LLC, James Bopp, Jr., and The Bopp Law Firm) has been filed separately in concurrence with this Court's order. All redactions at 6, 10, and 20 have been removed.

2.   The unredacted version of Docket 41-1 Exhibit J, at Dkt 41-2 has been filed separately in concurrence with this Court's order. All redactions at 30-39 have been removed with the exception of account number and/or wire transfer number-related information at pages 37-39, which remain redacted with the exception of the last four digits.

Dated: October 5, 2023

                                      Respectfully submitted,

                                      */s/ Douglas A. Daniels*
                                      Douglas A. Daniels
                                      State Bar No. 00793579
                                      Southern District I.D. Number 19347
                                      DANIELS & TREDENNICK PLLC
                                      *Attorney-in-Charge for Plaintiff*

OF COUNSEL:
DANIELS & TREDENNICK PLLC
Sabrina R. Tour
State Bar No. 24093271
Southern District I.D. Number 2714789
6363 Woodway Dr., Suite 700
Houston, TX 77057-1759
(713) 917-0024 Telephone
(713) 917-0026 Facsimile
Email: sabrina@dtlawyers.com

Meghan McCaig
State Bar No. 24070083
Federal I.D. No. 1804619
Meghan.McCaig@tklaw.com
Thompson & Knight LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 (facsimile)

Ronald M. Jacobs (admitted *pro hac vice*)
Venable LLP
rjacobs@venable.com
600 Massachusetts Avenue, NW
Washington, D.C. 20001
(202) 344-8215
(202) 344-8300 (facsimile)