# Exhibit J

# WELLS FARGO

True the Vote
Account
...7214
Routing Numbers

$1,428,755.48
Available balance

## Activity Summary

| | |
|---|---|
| **Ending collected balance as of 12/23/20** | $1,427,790.33 |
| **Current posted balance** | $1,427,790.33 |
| **Pending withdrawals/debits** | $0.00 |
| **Pending deposits/credits** | +$965.15 |
| **Available balance** | $1,428,755.48 |
| Monthly Service Fee Summary | |
| Routing numbers | |

## Activity

The Available Balance shown above reflects the most up-to-date information available on your account. The balances shown below next to the last transaction of each day do not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when the transaction posted. If you had insufficient available funds when the transaction posted to your account, fees may have been assessed.

First
Previous
Next

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| **Authorized Transactions** | | | | |
| *Note: Debit card transaction amounts may change.* | | | | |
| 12/24/20 | Classy Pay Classy Pay ST-P0S4Q3G5D | $46.65 | | |
| 12/24/20 | Revv TRANSFER ST-Y2E9C0P6I | $918.50 | | |
| **Posted Transactions** | | | | |
| 12/23/20 | Revv TRANSFER ST-S9Y3V8G2V9C3 TRUE THE VOTE | $3,164.46 | | $1,427,790.33 |
| 12/23/20 | Classy Pay Classy Pay ST-Z3L2C1L6T4X3 TRUE THE VOTE INC | $166.95 | | |
| 12/22/20 | Revv TRANSFER ST-C5H2T8P0E0L8 TRUE THE VOTE | $685.64 | | $1,424,458.92 |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

CONFIDENTIAL    TTV_0002
https://connect.secure.wellsfargo.com/accounts/start?st=1608827920&SAMLart=AAQBeOoEQCR14WDgSxaU4QNGCHpGcoS1bxV4wgTMKy4OvsSnYhYp86L…    7/17

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 12/22/20 | Classy Pay Classy Pay ST-R5O6W4P5J6R6 TRUE THE VOTE INC | $24.35 | | |
| 12/21/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016KJFRTT1MY59K James Simpson Bill.com 016KJFRTT1MY59K Inv #1 | | $6,000.00 | $1,423,748.93 |
| 12/21/20 | DEPOSIT MADE IN A BRANCH/STORE #131006573 | $10.00 | | |
| 12/21/20 | DEPOSIT MADE IN A BRANCH/STORE #131006591 | $50.00 | | |
| 12/21/20 | Revv TRANSFER ST-K4K6Y0L2F0F2 TRUE THE VOTE | $6,936.60 | | |
| 12/21/20 | FACEBOOK PAYMENT BCHFSIBC2W BCHFSIBC2W RMR*IK*FACEBOOK PAYOUT BCHFSIBC2W\ | $445.00 | | |
| 12/18/20 | KINDFUL PAYMENTS Kindful Pa ST-R7W0B5X4W4E0 27 2860095 | $20.09 | | $1,422,307.33 |
| 12/18/20 | Revv TRANSFER ST-Y0P9R6H9E6F6 TRUE THE VOTE | $1,096.86 | | |
| 12/17/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016QAEKNV1MU02F Multiple Payments Bill.com Payables 016QAEKNV1MU | | $33,655.00 | $1,421,190.38 |
| 12/17/20 | KINDFUL PAYMENTS Kindful Pa ST-Q0U9L0Y5K7F6 27 2860095 | $91.04 | | |
| 12/17/20 | Revv TRANSFER ST-Q8X5L2N3D9Z3 TRUE THE VOTE | $992.40 | | |
| 12/16/20 | DEPOSIT MADE IN A BRANCH/STORE #131006527 | $75,205.00 | | $1,453,761.94 |
| 12/16/20 | DEPOSIT MADE IN A BRANCH/STORE #130956980 | $140.00 | | |
| 12/16/20 | DEPOSIT MADE IN A BRANCH/STORE #131115958 | $1,625.00 | | |
| 12/16/20 | Revv TRANSFER ST-A7W5U6M7H6C4 TRUE THE VOTE | $9,363.90 | | |
| 12/15/20 | Revv TRANSFER ST-C8I8V4Z3Q5U8 TRUE THE VOTE | $128.40 | | $1,367,428.04 |
| 12/15/20 | Classy Pay Classy Pay ST-T4T5W4L6Y3M2 TRUE THE VOTE INC | $9.56 | | |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 12/14/20 | 101DOMAIN GRS LI IAT PAYPAL 201214 1011535483231 BRENT MUDD | | $14.99 | $1,367,290.08 |
| 12/14/20 | KINDFUL PAYMENTS Kindful Pa ST-A9J6V9I4A6Z1 27 2860095 | $30.47 | | |
| 12/14/20 | Revv TRANSFER ST-J6G7C1M7S2P3 TRUE THE VOTE | $270.40 | | |
| 12/14/20 | DEPOSIT MADE IN A BRANCH/STORE #131115935 | $100.00 | | |
| 12/11/20 | DEPOSIT MADE IN A BRANCH/STORE #130956643 | $6,700.00 | | $1,366,904.20 |
| 12/11/20 | Revv TRANSFER ST-A1I8S3K8M2C6 TRUE THE VOTE | $514.80 | | |
| 12/10/20 | DEPOSIT MADE IN A BRANCH/STORE #130956807 | $100.00 | | $1,359,689.40 |
| 12/10/20 | DEPOSIT MADE IN A BRANCH/STORE #130956768 | $1,110.00 | | |
| 12/10/20 | Bill.com VoidPaymnt 016EHAFLL1MKRSM Axiom Strategies LLC Bill.com 016EHAFLL1MKRSM In | $1,500.00 | | |
| 12/10/20 | Revv TRANSFER ST-Q2A9U6Z9V7B9 TRUE THE VOTE | $460.20 | | |
| 12/09/20 | AMERICAN EXPRESS ACH PMT 201209 A0158 TRUE THE VOTE | | $36,355.43 | $1,356,519.20 |
| 12/09/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016ILQSBP1MHJJF Multiple Payments Bill.com Payables 016ILQSBP1MH | | $432,771.00 | |
| 12/09/20 | DEPOSIT MADE IN A BRANCH/STORE #130956908 | $815.00 | | |
| 12/09/20 | DEPOSIT MADE IN A BRANCH/STORE #130956900 | $15.00 | | |
| 12/09/20 | DEPOSIT MADE IN A BRANCH/STORE #90881968 | $1,530.00 | | |
| 12/09/20 | DEPOSIT MADE IN A BRANCH/STORE #90881987 | $5.00 | | |
| 12/09/20 | KINDFUL PAYMENTS Kindful Pa ST-Z1Y3T4T4Q0G4 27 2860095 | $24.68 | | |
| 12/09/20 | Revv TRANSFER ST-K3R9Y4F3D6V7 TRUE THE VOTE | $2,147.89 | | |
| 12/09/20 | Classy Pay Classy Pay ST-F4P5A9D3B5P6 TRUE THE VOTE INC | $46.36 | | |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 12/08/20 | DIRECT PAY MONTHLY BASE | | $10.00 | $1,821,061.70 |
| 12/08/20 | DIRECT PAY INDIVIDUAL PYMT TRANS | | $1.00 | |
| 12/08/20 | KINDFUL PAYMENTS Kindful Pa ST-F8J7U6C2J5L8 27 2860095 | $96.80 | | |
| 12/08/20 | Revv TRANSFER ST-R6J0N1J6L4J6 TRUE THE VOTE | $108.90 | | |
| 12/08/20 | Classy Pay Classy Pay ST-G0L1H0A6A9C7 TRUE THE VOTE INC | $46.65 | | |
| 12/07/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016ILHDHH1MDBRY Maxwell Goss PLLC Bill.com 016ILHDHH1MDBRY Inv # | | $12,183.55 | $1,820,820.35 |
| 12/07/20 | DEPOSIT MADE IN A BRANCH/STORE #130956748 | $15.00 | | |
| 12/07/20 | KINDFUL PAYMENTS Kindful Pa ST-W2Y1P4V9U0L4 27 2860095 | $72.52 | | |
| 12/07/20 | Revv TRANSFER ST-X5U7R9V6H7I3 TRUE THE VOTE | $555.33 | | |
| 12/07/20 | Classy Pay Classy Pay ST-P9W0V0J3N9M2 TRUE THE VOTE INC | $46.65 | | |
| 12/07/20 | FACEBOOK PAYMENT BCH7WE73BY BCH7WE73BY RMR*IK*FACEBOOK PAYOUT BCH7WE73BY\ | $1,175.00 | | |
| 12/04/20 | KINDFUL PAYMENTS Kindful Pa ST-E6T9B1Y1P8Q0 27 2860095 | $23.97 | | $1,831,139.40 |
| 12/04/20 | Revv TRANSFER ST-S7H6X4Y7Y8Y8 TRUE THE VOTE | $429.60 | | |
| 12/03/20 | ATT Payment 120220 735623013EPAYJ True to Vote | | $266.55 | $1,830,685.83 |
| 12/03/20 | DEPOSIT MADE IN A BRANCH/STORE #130956628 | $1,375.00 | | |
| 12/03/20 | DEPOSIT MADE IN A BRANCH/STORE #130956630 | $50.00 | | |
| 12/03/20 | Revv TRANSFER ST-O5D9Z7K3K5J5 TRUE THE VOTE | $1,052.40 | | |
| 12/02/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016VOHYGX1M87OF Multiple Payments Bill.com Payables 016VOHYGX1M8 | | $34,113.12 | $1,828,474.98 |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

CONFIDENTIAL

TTV_0005

https://connect.secure.wellsfargo.com/accounts/start?st=1608827920&SAMLart=AAQBeOoEQCR14WDgSxaU4QNGCHpGcoS1bxV4wgTMKy4OvsSnYhYp86L… 4/17

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 12/02/20 | DEPOSIT MADE IN A BRANCH/STORE #130956603 | $3,940.00 | | |
| 12/02/20 | DEPOSIT MADE IN A BRANCH/STORE #130956610 | $10.00 | | |
| 12/02/20 | DEPOSIT MADE IN A BRANCH/STORE #130956616 | $3,565.00 | | |
| 12/02/20 | DEPOSIT MADE IN A BRANCH/STORE #130956618 | $2,050.00 | | |
| 12/02/20 | KINDFUL PAYMENTS Kindful Pa ST-N4N2O0P3P4M3 27 2860095 | $28.37 | | |
| 12/02/20 | Revv TRANSFER ST-G6A1J1S7B1D6 TRUE THE VOTE | $5,815.14 | | |
| 12/02/20 | Classy Pay Classy Pay ST-M6I2Z5S2Z9C3 TRUE THE VOTE INC | $144.35 | | |
| 12/01/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016GMMELF1M4LBJ Clout Public Affairs Bill.com 016GMMELF1M4LBJ In | | $5,000.00 | $1,847,035.24 |
| 12/01/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016OIDZDU1M4LBI William Engelbrecht Bill.com 016OIDZDU1M4LBI Inv | | $1,437.50 | |
| 12/01/20 | KINDFUL PAYMENTS Kindful Pa ST-M9V7I5O0I7U9 27 2860095 | $155.87 | | |
| 12/01/20 | Revv TRANSFER ST-Q9O3Q3C1Q5Z1 TRUE THE VOTE | $844.70 | | |
| 11/30/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016PRATIK1M2JUP Multiple Payments Bill.com Payables 016PRATIK1M2 | | $46,346.99 | $1,852,472.17 |
| 11/30/20 | ONLINE TRANSFER TO ENGELBRECHT C PORTFOLIO CHECKING XXXXXX5215 REF #IB09BQF65N ON 11/30/20 | | $20,000.00 | |
| 11/30/20 | KINDFUL PAYMENTS Kindful Pa ST-O5D0S6V7S5D6 27 2860095 | $57.66 | | |
| 11/30/20 | Revv TRANSFER ST-R1G0Q1Q2I4I8 TRUE THE VOTE | $238.80 | | |
| 11/27/20 | RISE BROADBAND EFT PAYMT 112620 0070203796 SPA ENGELBRECHT,CATHERINE | | $84.03 | $1,918,522.70 |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/27/20 | KINDFUL PAYMENTS Kindful Pa ST-M8B0O5H8Z8C8 27 2860095 | $134.73 | | |
| 11/27/20 | Revv TRANSFER ST-I4P8N7S5O2Q1 TRUE THE VOTE | $708.60 | | |
| 11/27/20 | Classy Pay Classy Pay ST-C1E3Q0S0U8H6 TRUE THE VOTE INC | $46.65 | | |
| 11/25/20 | WF Direct Pay-Payment- Tran ID DP89505161 | | $5,000.00 | $1,917,716.75 |
| 11/25/20 | Revv TRANSFER ST-X7V1L2Y6E1D5 TRUE THE VOTE | $1,422.00 | | |
| 11/25/20 | Classy Pay Classy Pay ST-F2Z0O6O2S5Q8 TRUE THE VOTE INC | $93.30 | | |
| 11/24/20 | DEPOSIT MADE IN A BRANCH/STORE #131006873 | $100.00 | | $1,921,201.45 |
| 11/24/20 | Revv TRANSFER ST-T1W3Z0T0E9P2 TRUE THE VOTE | $407.28 | | |
| 11/23/20 | PAYPAL INST XFER 201121 ZAPIER INC BRENT MUDD | | $88.24 | $1,920,694.17 |
| 11/23/20 | Revv TRANSFER ST-H1C8M9L5V3S6 TRUE THE VOTE | $1,213.40 | | |
| 11/23/20 | Classy Pay Classy Pay ST-O0C5O6P2D8B6 TRUE THE VOTE INC | $46.65 | | |
| 11/20/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016JGGMTY1LS73S ContentActive, LLC Bill.com 016JGGMTY1LS73S Inv | | $10,080.00 | $1,919,522.36 |
| 11/20/20 | DEPOSIT MADE IN A BRANCH/STORE #131006823 | $425.00 | | |
| 11/20/20 | Revv TRANSFER ST-L6N7N7S0B3A6 TRUE THE VOTE | $678.86 | | |
| 11/20/20 | Classy Pay Classy Pay ST-D7Q4X2P2H6K4 TRUE THE VOTE INC | $24.35 | | |
| 11/19/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016VNRMJH1LQAZD DataWalk Bill.com 016VNRMJH1LQAZD Datawa | | $74,865.00 | $1,928,474.15 |
| 11/19/20 | ZELLE TO ENGELBRECHT WILLIAM ON 11/19 REF #PP098VGJYT | | $1,200.00 | |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/19/20 | DEPOSIT MADE IN A BRANCH/STORE #131006800 | $2,445.00 | | |
| 11/19/20 | KINDFUL PAYMENTS Kindful Pa ST-O2I8Q4H8S0P3 27 2860095 | $20.09 | | |
| 11/19/20 | Revv TRANSFER ST-P3R4I4A9F6I1 TRUE THE VOTE | $728.29 | | |
| 11/18/20 | PAYPAL TRANSFER 201118 1011152271863 BRENT MUDD | $18,054.90 | | $2,001,345.77 |
| 11/18/20 | DEPOSIT MADE IN A BRANCH/STORE #40592490 | $1,635.00 | | |
| 11/18/20 | KINDFUL PAYMENTS Kindful Pa ST-J9M3C2P2T0X4 27 2860095 | $67.07 | | |
| 11/18/20 | Revv TRANSFER ST-R5G0J9J1E4P3 TRUE THE VOTE | $5,219.64 | | |
| 11/18/20 | Classy Pay Classy Pay ST-E2S9H5D1K6F8 TRUE THE VOTE INC | $103.16 | | |
| 11/17/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016PMCMRB1LM0T5 Vanessa Ingrassia Bill.com 016PMCMRB1LM0T5 Inv # | | $1,371.00 | $1,976,266.00 |
| 11/17/20 | TURNING POINT AC ACH Pmt 201117 5268158528 Turning Point Action Legal Fees | $10,000.00 | | |
| 11/17/20 | Revv TRANSFER ST-L7D5J4G7X7N7 TRUE THE VOTE | $5,254.80 | | |
| 11/16/20 | Revv TRANSFER ST-R5R8S3B7D5J5 TRUE THE VOTE | $20,847.19 | | $1,962,382.20 |
| 11/16/20 | Classy Pay Classy Pay ST-C1M1H0Q1W6T5 TRUE THE VOTE INC | $33.91 | | |
| 11/16/20 | MOBILE DEPOSIT : REF NUMBER :713140814245 | $500.00 | | |
| 11/16/20 | MOBILE DEPOSIT : REF NUMBER :713140813986 | $100.00 | | |
| 11/13/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016OJZFID1LH7B1 IGG Marketing Bill.com 016OJZFID1LH7B1 Multip | | $22,075.00 | $1,940,901.10 |
| 11/13/20 | WIRE TRANS SVC CHARGE - SEQUENCE: ▮▮▮▮2678 SRF# ▮▮▮▮8453 TRN# ▮▮▮▮2678 RFB# ▮▮▮▮13PW | | $15.00 | |
| Totals | | $3,226,257.18 | $2,739,289.30 | |

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/13/20 | WT FED#03482 UBS FINANCIAL SERV /ORG=FRED ESHELMAN SRF# ▮▮▮▮8453 TRN# ▮▮▮▮2678 RFB# ▮▮▮▮13PW | $500,000.00 | | |
| 11/13/20 | KINDFUL PAYMENTS Kindful Pa ST-B0E4M6Y3V2G0 27 2860095 | $30.47 | | |
| 11/13/20 | Revv TRANSFER ST-K7T7B5X3U8V9 TRUE THE VOTE | $3,840.02 | | |
| 11/13/20 | Classy Pay Classy Pay ST-G7N9H5K5N5J3 TRUE THE VOTE INC | $187.20 | | |
| 11/12/20 | BUSINESS TO BUSINESS ACH Bill.com Payables 016XMGREE1LEJKR OPSEC Group Bill.com 016XMGREE1LEJKR Inv #1 | | $350,000.00 | $1,458,933.41 |
| 11/12/20 | DEPOSIT MADE IN A BRANCH/STORE #90881638 | $300.00 | | |
| 11/12/20 | Revv TRANSFER ST-M0Z3S6O0W1M9 TRUE THE VOTE | $34,429.33 | | |
| 11/12/20 | Classy Pay Classy Pay ST-D1W2H0A3S7X6 TRUE THE VOTE INC | $1,039.91 | | |
| 11/10/20 | BUSINESS TO BUSINESS ACH L2, INC. SALE 201110 TRUE THE | | $35,000.00 | $1,773,164.17 |
| 11/10/20 | BUSINESS TO BUSINESS ACH AO2, LLC REF #IB097BBZV8 BUSINESS CHECKING CONTRACT PROGRAMMING /MODELING | | $20,000.00 | |
| 11/10/20 | ONLINE WF TRANSFER TO ENGELBRECHT C CHECKING XXXXXX5215 REF MTHLY CTRCT #IB097BBXM2 ON 11/10/20 | | $10,000.00 | |
| 11/10/20 | WT ▮▮▮▮1330 FIFTH THIRD BANK, N /BNF=The Bopp Law Firm SRF# ▮▮▮▮7044 TRN# ▮▮▮▮1330 RFB# | | $500,000.00 | |
| 11/10/20 | WT FED#02354 TRUIST BANK /FTR/BNF=Smith and Liss, LLC SRF# ▮▮▮▮0044 TRN# ▮▮▮▮7886 RFB# | | $20,000.00 | |
| 11/10/20 | WIRE TRANS SVC CHARGE - SEQUENCE: ▮▮▮▮1330 SRF# ▮▮▮▮7044 TRN# ▮▮▮▮1330 RFB# | | $30.00 | |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

CONFIDENTIAL    TTV 0009

https://connect.secure.wellsfargo.com/accounts/start?st=1608827920&SAMLart=AAQBeOoEQCR14WDgSxaU4QNGCHpGcoS1bxV4wgTMKy4OvsSnYhYp86L...   8/17

| Date | Description | Deposits/Credits | Withdrawals/Debits | Ending Daily Balance |
|---|---|---|---|---|
| 11/10/20 | WIRE TRANS SVC CHARGE - SEQUENCE: ▇▇▇7886 SRF# ▇▇▇0044 TRN# ▇▇▇7886 RFB# | | $30.00 | |
| 11/10/20 | Revv TRANSFER ST-D1N5N8F8D6W2 TRUE THE VOTE | $23,403.58 | | |
| 11/10/20 | Classy Pay Classy Pay ST-Q4Y2G4T0U3A3 TRUE THE VOTE INC | $402.58 | | |
| 11/09/20 | AMERICAN EXPRESS ACH PMT 201109 A9234 TRUE THE VOTE | | $2,862.91 | $2,334,418.01 |
| 11/09/20 | DIRECT PAY MONTHLY BASE | | $10.00 | |
| 11/09/20 | DIRECT PAY INDIVIDUAL PYMT TRANS | | $0.50 | |
| 11/09/20 | DEPOSIT MADE IN A BRANCH/STORE #131115583 | $20.00 | | |
| 11/09/20 | KINDFUL PAYMENTS Kindful Pa ST-I5C6N4O5S0L1 27 2860095 | $24.68 | | |
| 11/09/20 | Revv TRANSFER ST-T7Z1H0J2P0B6 TRUE THE VOTE | $2,331.12 | | |
| 11/06/20 | KINDFUL PAYMENTS Kindful Pa ST-S2T7O6Z2B2Q7 27 2860095 | $96.80 | | $2,334,915.62 |
| 11/06/20 | Revv TRANSFER ST-R9I4I1V9Q0P5 TRUE THE VOTE | $2,531.50 | | |
| 11/06/20 | Classy Pay Classy Pay ST-G3K6R3F4D7F6 TRUE THE VOTE INC | $46.65 | | |
| 11/05/20 | WIRE TRANS SVC CHARGE - SEQUENCE: ▇▇▇5806 SRF# ▇▇▇0243 TRN# ▇▇▇5806 RFB# ▇▇▇0244 | | $15.00 | $2,332,240.67 |
| 11/05/20 | WT FED#01808 BANK OF AMERICA, N /ORG=FREDRIC N ESHELMAN SRF# ▇▇▇0243 TRN# ▇▇▇5806 RFB# ▇▇▇0244 | $2,000,000.00 | | |
| 11/05/20 | KINDFUL PAYMENTS Kindful Pa ST-Q0M8X4Q6W6J2 27 2860095 | $72.52 | | |
| 11/05/20 | Revv TRANSFER ST-M6U5H5V1C4N9 TRUE THE VOTE | $1,391.28 | | |
| 11/05/20 | Classy Pay Classy Pay ST-V2Q4P0U1O2R4 TRUE THE VOTE INC | $46.65 | | |
| **Totals** | | **$3,226,257.18** | **$2,739,289.30** | |

CONFIDENTIAL

https://connect.secure.wellsfargo.com/accounts/start?st=1608827920&SAMLart=AAQBeOoEQCR14WDgSxaU4QNGCHpGcoS1bxV4wgTMKy4OvsSnYhYp86L... 9/17

TTV_0010