# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**20230930-2**

D Victoria Baranetsky
The Center for Investigative Reporting
1400 65th Street, Suite 200
Emeryville, CA US 94608

CLERK OF COURT
P.O. BOX 61010
HOUSTON, TEXAS 77208
http://www.txs.uscourts.gov

Date: Saturday, September 30, 2023
Case Number: 4:20-cv-04034
Document Number: 67 (1 page)
Notice Number: 20230930-2
Notice: The attached order has been entered.

**CLERK**
**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

US POSTAGE ᵗᵐ PITNEY BOWES

ZIP 77002
02 1W
0001374615 OCT 02 2023
$ 000.63⁰

United States Courts
Southern District of Texas
FILED

OCT 06 2023

Nathan Ochsner, Clerk of Court

773 NFE 1   6221I0010/03/23
FORWARD TIME EXP RTN TO SEND
THE CENTER FOR INVESTIGATIVE
PO BOX 8307
EMERYVILLE CA 94662-0307

RETURN TO SENDER